EXHIBIT A

# EXHIBIT A

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

OCUMENT

VI

Commonwealth of Kentucky
Bullitt Circuit Court
Case No. _____
*Filed Electronically*

Charles William Malcolm, Sr.                                    PLAINTIFF

v.

American Express National Bank                                 DEFENDANTS
Serve:
    Any Officer
    115 West Towne Ridge Pkwy
    Sandy, UT 84070

Avant, LLC
Serve:
    Corporation Service Company
    801 Adlai Stevenson Drive
    Springfield, IL 62703-4261

Bread Financial Holdings, Inc.
Serve:
    Corporation Service Company
    251 Little Falls Drive
    Wilmington, DE 19808

Carvana, LLC
Serve:
    Corporation Service Company
    421 West Main Street
    Frankfort, Ky 40601

Citibank, N.A.
Serve:
    Any Officer
    5800 South Corporate Place
    Sioux Falls, SD 57108

Comcast Cable Communications Management, LLC
Serve:
    CT Corporation System
    306 West Main Street, Suite 512
    Frankfort, KY 40601

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

OCUMENT

Commonwealth Financial Systems, Inc.
Serve:
>CT Corporation System
>306 West Main Street, Suite 512
>Frankfort, KY 40601

Continental Finance Company, LLC
Serve:
>Lamiaa E. Elfar
>4550 New Linden Hill Road, Suite 400
>Wilmington, DE 19808

Credit One Bank, N.A.
Serve:
>Any Officer
>6801 S. Cimarron Road
>Los Vegas, NV 89113

Happy Money, Inc.
Serve:
>Paracorp Incorporated
>828 Lane Allen Road, Suite 219
>Lexington, KY 40504

LendingClub Corporation
Serve:
>Corporation Service Company
>421 West Main Street
>Frankfort, KY 40601

Lendingpoint, LLC
Serve:
>CT Corporation System
>306 W. Main Street, Suite 512
>Frankfort, KY 40601

Marlette Funding, LLC
Serve:
>CT Corporation System
>306 W. Main Street. Suite 512
>Frankfort, KY 40601

2

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

DOCUMENT

M

Mariner Finance, LLC
Serve:
> Corporation Service Company
> 421 West Main Street
> Frankfort, KY 40601

New Day Financial, LLC
Serve:
> Registered Agent Solutions, Inc.
> 828 Lane Allen Road, Suite 219
> Lexington, KY 40504

OneMain Financial Group, LLC
Serve:
> CT Corporation System
> 306 West Main Street, Suite 512
> Frankfort, KY 40601

Prosper Marketplace, Inc.
Serve:
> Corporation Service Company
> 421 West Main Street
> Frankfort, KY 40601

Quinstreet, Inc.
Serve:
> Corporation Service Company
> 421 West Main Street
> Frankfort, KY 40601

Skopos Financial, LLC
*d/b/a* Reprise Financial
Serve:
> Corporation Service Company
> 421 West Main Street
> Frankfort, KY 40601

South River Mortgage, LLC
Serve:
> Stephanie Pyron
> 1750 Forest Drive, Suite 195
> Annapolis, MD 21401

3

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

The Bank of Missouri
Serve: Any Officer
916 N. Kings Highway
Perryville, MO 63775

United Collection Bureau, Inc.
Serve:
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

Upgrade, Inc.
Serve:
CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

Upstart Network, Inc.
Serve:
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

WebBank
Serve:
Any Officer
215 South State Street, Suite 1000
Salt Lake City, UT 84111

Weltman, Weinberg & Reis Co., L.P.A.
Serve:
Eileen M. Bitterman
965 Keynote Circle
Brooklyn Heights, OH 44131

Zip Co US, Inc.
Serve:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

4

Filed          23-CI-00739      09/15/2023    Paulita Keith, Bullitt Circuit Clerk

OCUMENT

VI

NOT ORIGINAL

10/17/2023 08:23:41

700 Credit, LLC
Serve:
     Corporate Creations Network Inc.
     101 North Seventh Street
     Louisville, KY 40202

82451-44

## COMPLAINT AND JURY TRIAL DEMAND

### INTRODUCTION

1.    This is a complaint for Defendants' separate violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* ("FCRA").

### JURISDICTION AND VENUE

2.    Jurisdiction of this court arises under KRS 23A.010 and the FCRA, 15 U.S.C. §1681p. Venue is proper because Plaintiff lives and resides in Bullitt County, Kentucky, and because all or most of the facts and events giving rise to Plaintiff's claims as alleged below occurred in Bullitt County, Kentucky within this Circuit.

### PARTIES

3.    Plaintiff Charles William Malcolm, Sr. is a natural person who resides in Bullitt County, Kentucky and a "consumer" within the meaning of the FCRA as defined at 15 U.S.C. §1681a(c).

4.    Defendant American Express National Bank ("American Express") is a national bank regulated by the U.S. Comptroller of the Currency whose headquarters is located at 115 W. Towne Ridge Parkway, Sandy, UT 84070. American Express is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

5.    Defendant Avant, LLC ("Avant") is a Delaware corporation not registered with the Kentucky Secretary of State whose principal place of business is located at 222 W. Merchandise

Filed          23-CI-00739      09/15/2023    Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

Mart Plaza, Suite 900, Chicago, IL 60654. Avant is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

6.      Defendant Bread Financial Holdings, Inc. ("Bread Financial") is a Delaware corporation not registered with the Kentucky Secretary of State whose principal place of business is located at 3095 Loyalty Circle, Columbus, OH 43219. Bread Financial is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

7.      Defendant Carvana, LLC ("Carvana") is an Arizona limited liability company registered with the Kentucky Secretary of State whose principal place of business is located at 300 E. Rio Salado Parkway, Building 1, Tempe, AZ 85281. Carvana is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

8.      Defendant Citibank, N.A. ("Citibank") is a national bank regulated by the U.S. Comptroller of the Currency whose headquarters is located at 5800 South Corporate Place, Sioux Falls, SD 57108. Citibank is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

9.      Defendant Comcast Cable Communications Management, LLC ("Comcast") is a Delaware limited liability company registered with the Kentucky Secretary of State whose principal place of business is located at 1701 John F. Kennedy Boulevard, Philadelphia, PA 19103-2838. Comcast is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

10.     Defendant Commonwealth Financial Systems, Inc. ("CFSI") is a Pennsylvania corporation registered with the Kentucky Secretary of State whose principal place of business is located at 245 Main Street, Dickson City, PA 18519. CFSI is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

11.     Defendant Continental Finance Company, LLC ("Continental") is a Delaware limited liability company not registered with the Kentucky Secretary of State whose principal place of business is located at 4550 New Linden Hill Road, Suite 400, Wilmington, DE 19808. Continental is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

12.     Defendant Credit One Bank, N.A. ("Credit One") is a national bank regulated by the U.S. Comptroller of the Currency whose headquarters is located at 6801 S. Cimarron Road, Las Vegas, NV 89113. Credit One is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

13.     Defendant Happy Money, Inc. ("Happy Money") is a Delaware corporation registered with the Kentucky Secretary of State whose principal place of business is located at 21515 Hawthorne Boulevard, Suite 200, Torrance, CA 90503. Happy Money is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

14.     Defendant LendingClub Corporation ("LendingClub") is a Delaware corporation registered with the Kentucky Secretary of State whose principal place of business is located at 595 Market Street, Suite 200, San Francisco, CA 94105. LendingClub is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

15.     Defendant Lendingpoint, LLC ("Lendingpoint") is a Delaware limited liability company registered with the Kentucky Secretary of State whose principal place of business is located at 1201 Roberts Boulevard, Suite 200, Kennesaw, GA 30144. Lendingpoint is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

16.     Defendant Marlette Funding, LLC ("Marlette") is a Delaware limited liability company registered with the Kentucky Secretary of State whose principal place of business is

7

NOT ORIGINAL

DOCUMENT

VI

10/17/2023 08:23:41

82451-44

located at 3419 Silverside Road, Wilmington, DE 19810. Marlette is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

17.     Defendant Mariner Finance, LLC ("Mariner") is a Maryland limited liability company registered with the Kentucky Secretary of State whose principal place of business is located at 8211 Town Center Drive, Nottingham, MD 21236. Mariner is a consumer loan company under Kentucky law. Mariner is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

18.     Defendant New Day Financial, LLC ("New Day") is a Delaware limited liability company registered with the Kentucky Secretary of State whose principal place of business is located at 8160 Maple Lawn Boulevard, Suite 300, Fulton, MD 20759. New Day is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

19.     Defendant OneMain Financial Group, LLC ("OneMain") is a Delaware limited liability company registered with the Kentucky Secretary of State whose principal place of business is located at 100 International Drive, 16th Floor, Baltimore, MD 21202. OneMain is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

20.     Defendant Prosper Marketplace, Inc. ("Prosper") is a Delaware corporation registered with the Kentucky Secretary of State whose principal place of business is located at 221 Main Street, 3rd Floor, San Francisco, CA 94105. Prosper is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

21.     Defendant Quinstreet, Inc. ("Quinstreet") is a Delaware corporation registered with the Kentucky Secretary of State whose principal place of business is located at 950 Tower Lane,

8

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

6th Floor, Foster City, CA 94404. Quinstreet is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

22.     Defendant Skopos Financial, LLC *d/b/a* Reprise Financial ("Skopos") is a Delaware limited liability company registered with the Kentucky Secretary of State whose principal place of business is located at 8333 Ridgepoint Drive, Suite 150, Irving, TX 75063. Skopos is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

23.     Defendant South River Mortgage, LLC ("South River") is a Maryland limited liability company not registered with the Kentucky Secretary of State whose principal place of business is located at 1750 Forest Drive, Suite 195, Annapolis, MD 21401. South River is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

24.     Defendant The Bank of Missouri ("TBOM") is a state-chartered bank regulated by the Federal Deposit Insurance Corporation whose headquarters is located at 915 N. Kings Highway, Perryville MO 63775. TBOM is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

25.     Defendant United Collection Bureau, Inc. ("UCB") is an Ohio corporation registered with the Kentucky Secretary of State whose principal place of business is located at 5620 Southwyck Boulevard, Suite 206, Toledo, OH 43614. UCB is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

26.     Defendant Upgrade, Inc. ("Upgrade") is a Delaware corporation registered with the Kentucky Secretary of State whose principal place of business is located 275 Battery Street, Suite

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

2300, San Francisco, CA 94111. Upgrade a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

27.     Defendant Upstart Network, Inc. ("Upstart") is a Delaware corporation registered with the Kentucky Secretary of State whose principal place of business is located at 2950 S. Delaware Street, Suite 300, San Mateo, CA 94403. Upstart is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

28.     Defendant WebBank ("WebBank") is a state-chartered bank regulated by the Federal Deposit Insurance Corporation whose headquarters is located at 215 South State Street, Suite 1000, Salt Lake City, UT 84111. WebBank is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

29.     Defendant Weltman, Weinberg & Reis Co., L.P.A. ("Weltman") is an Ohio legal professional association whose principal place of business is located at 965 Keynote Circle, Brooklyn Heights, OH 44131. Weltman's registration with the Kentucky Secretary of State is presently listed as "inactive" and "pending dissolution." Weltman is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

30.     Defendant Zip Co US, Inc. ("Zip Co") is a Delaware corporation registered with the Kentucky Secretary of State whose principal place of business is located at 228 Park Avenue S, PMB 59872, New York, NY 10003-1502. Zip Co is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

31.     Defendant 700 Credit, LLC ("700 Credit") is a Delaware limited liability company registered with the Kentucky Secretary of State whose principal place of business is located at 31440 Northwestern Highway, Suite 250, Farmington Hills, MI 48334. 700 Credit is a "furnisher" of credit information and a "user" of consumer reports within the meaning of the FCRA.

10

# STATEMENT OF FACTS

32.     Like many of his fellow Americans, Plaintiff Charles William Malcolm, Sr.

("Malcolm") is keenly aware of the importance of his credit score.

33.     As explained on Bankrate.com, a person's credit score is important to many major

life events: including housing, employment, and credit:

> Today's economy runs on credit. If you want to get a mortgage loan for a house or a student loan to pay for college, or if you just want to put your lunch on a credit card, a company is extending credit to you.
>
> Your creditworthiness is defined by your three-digit credit score and is the key to your financial life. Good credit can be the make-or-break detail that determines whether you'll get a mortgage, car loan or student loan. On the other hand, bad credit will make it more difficult for you to get a credit card with a low interest rate and it will make it more expensive to borrow money for any purpose, says Liz Pulliam Weston, author of "Your Credit Score."
>
> But even if you're not in the market for a loan, good credit can have a major impact, Weston says.
>
> "Your credit information can be a factor in whether or not you can rent a nice apartment, how much you pay for insurance or whether or not you can get a job," she says. Landlords, insurers and employers frequently use credit information as a litmus test to see if the people they are dealing with are reliable and responsible.
>
> Bad credit can suggest you're a risky bet. While bad credit may only show the details of how you deal with debt, some will extrapolate the characteristics from your financial life to other situations and assume that your bad credit implies that you may be just as irresponsible driving a car, taking care of an apartment or showing up for a job, Weston notes.
>
> Good credit can signify that your financial situation—and the rest of your life—is on the right track.[1]

34.     Mr. Malcolm did not and does not typically use credit to purchase goods or services.

---

[1] http://www.bankrate.com/finance/credit-cards/why-is-good-credit-so-important.aspx

11

NOT ORIGINAL

10/17/2023 08:23:41

35.     Recently Plaintiff. Malcolm needed to replace his automobile so he applied for a car loan which application was declined because of his credit score. Shocked, Mr. Malcolm obtained his credit reports from the three major consumer reporting agencies ("CRAs"): Equifax Information Services, LLC ("Equifax"); Experian Information Solutions, Inc. ("Experian"); and Trans Union, LLC ("Trans Union") and discovered: 1) numerous negative credit items and tradelines being reported; 2) multiple purported prior addresses that he had no association with whatsoever being reported; 3) multiple hard and soft credit inquiries and reviews being reported by entities with which he had absolutely no present or past relationship.

36.     Mr. Malcolm did recognize some of the addresses on his credit reports as belonging to his son, Charles William Malcolm, Jr. and therefore suspected the credit information and credit inquiries and reviews that were not his likely confused himself with his son and therefore were being erroneously reported on his credit reports.

37.     On his Equifax credit report dated May 15, 2023, Mr. Malcolm discovered the following hard credit inquiries listed that he did not recognize:

| | |
|---|---|
| Citibank, N.A. ("Citibank"): | January 30, 2023 |
| Mariner Finance, LLC ("Mariner"): | March 29, 2022 |

38.     And he discovered the following account review inquiries listed that he did not recognize:

| | |
|---|---|
| Carvana, LLC ("Carvana"): | March 29, 2023 |
| Comcast Cable Communications Management, LLC ("Comcast") | April 25, 2023 |
| Mariner Finance, LLC ("Mariner"): | March 29, 2022 |

39.     On his Experian credit report dated May 15, 2023, Mr. Malcolm discovered the following hard credit inquiries listed that he did not recognize:

| | |
|---|---|
| American Express National Bank ("American Express"): | January 24, 2023 |

12

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

| | | |
|---|---|---|
| | Carvana: | March 29, 2023, December 2, 2022 |
| | Continental Finance Company, LLC ("Continental"): | December 15, 2022 |
| | OneMain Financial Group, LLC ("OneMain"): | November 17, 2022, July 6, 2021 |

40.    And he discovered the following account review inquiries that he did not recognize:

| | |
|---|---|
| American Express: | January 24, 2023 |
| Carvana: | December 2, 2022, March 29, 2023 |
| Continental: | October 31, 2022 |
| Credit One Bank, N.A. ("Credit One"): | August 16, 2022 and September 13, 2022 |
| New Day Financial. LLC ("New Day"): | May 18, 2022, July 13, 2022, August 10, 2022, September 7, 2022 |
| 700 Credit, LLC ("700 Credit"): | May 10, 2023 |
| OneMain: | May 31, 2022, July 4, 2022, September 26, 2022, November 16, 2022 |
| Quinstreet, Inc. ("Quinstreet"): | November 16, 2022 |
| Skopos Financial, LLC *d/b/a* Reprise Financial ("Skopos"): | February 15, 2023 |
| South River Mortgage, LLC ("South River"): | January 12, 2023 |
| United Collection Bureau, Inc. ("UCB"): | January 17, 2023 |
| The Bank of Missouri ("TBOM"): | March 2, 2023 (twice) |
| Zip Co US, Inc. ("Zip Co"): | June 9, 2022 |

41.    On his Trans Union credit report dated May 15, 2023, Mr. Malcolm discovered the following hard inquiries listed that he did not recognize:

| | |
|---|---|
| American Express: | January 24, 2023 |
| OneMain: | July 6, 2021, November 17, 2022 |
| WebBank: | March 30, 2023 |

42.    And he discovered the following account review inquiries listed that he did not recognize:

| | |
|---|---|
| Avant, LLC ("Avant"): | March 10, 2023 |
| Bread Financial Holdings, Inc. ("Bread Financial"): | January 26, 2022, June 19, 2022 |
| Carvana: | December 2, 2022, March 29, 2023 |
| Commonwealth Financial Systems, Inc. | |

13

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

| | |
|---|---|
| ("CFSI"): | March 27, 2023 |
| Happy Money, Inc. ("Happy Money"): | November 16, 2022 |
| LendingClub Corporation ("LendingClub"): | March 29, 2022 |
| Lendingpoint, LLC ("Lendingpoint"): | March 29, 2022 |
| Marlette Funding, LLC ("Marlette"): | March 29, 2022 |
| Prosper Marketplace, Inc. ("Prosper"): | March 29, 2022, November 16, 2022 |
| OneMain: | July 6, 2021, March 29, 2022, November 16, 2022 |
| Upgrade, Inc. ("Upgrade"): | July 29, 2021, March 29, 2022, April 23, 2022, July 15, 2022, November 16, 2022 |
| Upstart Network, Inc. ("Upstart"): | March 29, 2022 |
| WebBank: | March 29, 2022 (twice), March 30, 2022, November 16, 2022 |
| Weltman, Weinberg & Reis Co., L.P.A. ("Weltman"): | July 25, 2022, October 3, 2022 |
| Zip Co.: | March 11, 2022, April 27, 2022, June 13, 2022 |

43. The impermissible inquiries for Mr. Malcolm's consumer credit reports by Defendants individually and collectively lowered Mr. Malcolm's credit score.

44. One of Congress's primary purposes in enacting the FCRA was to protect consumers' privacy by strictly limiting the purposes for which a user may request a consumer report. 15 U.S.C. § 1681b ("Subject to subsection (c) of this section, any consumer reporting agency may furnish a consumer report under the following circumstances and no other.").

45. Regarding the 1994 amendments to the FCRA:

    a. Representative Kennedy stated:

Equally disturbing is the growing distribution of credit reports without a consumer's knowledge or consent. These reports contain very personal information about a consumer's life. When that information is sent far and wide without consent, then the consumer suffers an invasion of privacy that can be personally embarrassing and financially damaging.... These practices must stop. **The right to privacy is sacred to all Americans, and we should not tolerate its erosion.**

For tens-if not hundreds-of thousands of consumers, the promise of the information highway has given way to an Orwellian nightmare

14

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

of erroneous and unknowingly disseminated credit reports. The legislation we bring to the floor today takes a number of steps to improve both the accuracy and privacy of consumer reports:

140 Cong. Rec. H9797-05, 140 Cong. Rec. H9797-05, 1994 WL 526868. (Bolding added).

    b. Representative Torres stated:

Today, consumers' lives are an open book. **Sensitive personal and financial data is bought and sold with little or no regard for the privacy of the consumer.**

*Id.* (Bolding added).

    c. Representative Mfume stated:

It has been equally disturbing by many that the distribution of credit reports, kind of willy-nilly across this Nation without consumers' knowledge and consent. This legislation seeks to deal with many of those problems.

*Id.*

    d. Representative Schumer stated;

In the modern era, one punch of a computer button can instantly deliver to anyone with a computer terminal more confidential information about an American citizen than a private detective could unearth in a week.

When that information is correct, there is a legitimate fear of big brother. Who has access to this information and for what purposes?

*Id.*

46.    Mr. Malcolm's consumer reports at issue contained sensitive personal information, such as his full name, address, and social security number.

47.    Each Defendant's unlawful request, acquisition, and review of Mr. Malcolm's sensitive personal information is highly offensive to Mr. Malcolm as it would be to any other reasonable person.

15

Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

48. The unauthorized hard-credit inquiries published in Mr. Malcolm's credit reports by the Defendants has caused a precipitous decrease in Mr. Malcolm's credit score and has caused Mr. Malcolm a great deal of upset, anxiety, and frustration.

### A. Impermissible Hard Inquiries

49. Mr. Malcolm did not initiate a credit transaction with or apply for a credit card or loan from American Express on or about January 24, 2023 therefore American Express did not have a permissible purpose for requesting Mr. Malcolm's credit report(s).

50. Mr. Malcolm did not initiate a credit transaction with or apply for a loan from Carvana or show any interest in person or online about purchasing a vehicle from Carvana on or about December 2, 2022, and/or March 29, 2023 therefore Carvana did not have a permissible purpose for requesting Mr. Malcolm's credit report(s).

51. The Citibank hard inquiry noted that it was made in connection with application for an American Airlines credit card.

52. Mr. Malcolm did not initiate a credit transaction with Citibank or apply for an American Airlines credit card on or about January 30, 2023 therefore Citibank did not have a permissible purpose for requesting Mr. Malcolm's credit report(s).

53. Mr. Malcolm did not initiate a credit transaction with or apply for a loan from Continental on or about December 15, 2022 therefore Continental did not have a permissible purpose for requesting Mr. Malcolm's credit report(s).

54. Mr. Malcolm did not initiate a credit transaction with or otherwise apply for a loan from Mariner on or about March 29, 2022 therefore Mariner did not have a permissible purpose for requesting Mr. Malcolm's credit report(s).

55. Mr. Malcolm did not initiate a credit transaction with or apply for a loan from

OneMain on or about July 6, 2021, and/or November 17, 2022 therefore OneMain did not have a permissible purpose for requesting Mr. Malcolm's credit report(s).

56.     Mr. Malcolm did not initiate a credit transaction with or apply for a loan from WebBank on or about March 30, 2023 therefore WebBank did not have a permissible purpose for requesting Mr. Malcolm's credit report(s).

**B.     Impermissible Soft Inquiries**

57.     Mr. Malcolm did not initiate a credit transaction with 700 Credit at any time and did not have an existing account on or about May 10, 2023, when 700 Credit requested his Experian credit report.

58.     Mr. Malcolm did not initiate a credit transaction with American Express at any time and did not have an existing account with American Express on or about January 24, 2023, when American Express requested his Experian and/or Trans Union credit reports.

59.     Mr. Malcolm did not initiate a credit transaction with Avant at any time and did not have an existing account with Avant on or about March 10, 2023, when Avant requested his Trans Union credit report.

60.     Mr. Malcolm did not initiate a credit transaction with Bread Financial at any time and did not have an existing account with Bread Financial on or about January 26, 2022, and June 19, 2022, when Bread Financial requested his Trans Union credit report.

61.     Mr. Malcolm did not initiate a credit transaction with Carvana or show any interest in buying a vehicle from Carvana at any time and did not have an existing account with Carvana on or about December 2, 2022, and March 29, 2023, when Carvana requested his Equifax, Experian, and Trans Union credit reports.

62.     Mr. Malcolm did not initiate a credit transaction with Comcast at any time and did

17

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

not have an existing account with Comcast on or about April 25, 2023, when Comcast requested his Equifax credit report.

63.     Mr. Malcolm did not initiate a credit transaction with CFSI at any time and did not have an existing account with CFSI on or about March 27, 2023, when Commonwealth Financial requested his Trans Union credit report.

64.     Mr. Malcolm did not initiate a credit transaction with Continental at any time and did not have an existing account with Continental on or about October 31, 2022, when Continental requested his Experian credit report.

65.     Mr. Malcolm did not initiate a credit transaction with Credit One at any time and did not have an existing account with Credit One on or about August 16, 2022, and September 13, 2022, when Credit One requested his Experian credit report.

66.     Mr. Malcolm did not initiate a credit transaction with Happy Money at any time and did not have an existing account with Happy Money on or about November 16, 2022, when Happy Money requested his Trans Union credit report.

67.     Mr. Malcolm did not initiate a credit transaction with LendingClub at any time and did not have an existing account with LendingClub on or about March 29, 2022, when Lending Club requested his Trans Union credit report.

68.     Mr. Malcolm did not initiate a credit transaction with Lendingpoint at any time and did not have an existing account with Lendingpoint on or about March 29, 2022, when Lendingpoint requested his Trans Union credit report.

69.     Mr. Malcolm did not initiate a credit transaction with Mariner at any time and did not have an existing account with Mariner on or about March 29, 2022, when Mariner requested his Equifax credit report.

NOT ORIGINAL

10/17/2023 08:23:41

70.     Mr. Malcolm did not initiate a credit transaction with Marlette at any time and did not have an existing account with Marlette on or about March 29, 2022, when Marlette Funding requested his Trans Union credit report.

71.     Mr. Malcolm did not initiate a credit transaction with New Day at any time and did not have an existing account with New Day on or about May 18, 2022, July 13, 2022, August 10, 2022, and September 7, 2022, when New Day requested his Experian credit report.

72.     Mr. Malcolm did not initiate a credit transaction with OneMain or apply for a loan at any time and did not have an existing account with OneMain on or about July 6, 2021, March 29, 2022, May 31, 2022, July 4, 2022, September 26, 2022, and November 16, 2022, when OneMain requested his Experian and/or Trans Union credit reports.

73.     Mr. Malcolm did not initiate a credit transaction with Prosper at any time and did not have an existing account with Prosper on or about March 29, 2022, and November 16, 2022, when Prosper requested his Trans Union credit report.

74.     Mr. Malcolm did not initiate a credit transaction with Quinstreet at any time and did not have an existing account with Quinstreet on or about November 16, 2022, when Quinstreet requested his Experian credit report.

75.     Mr. Malcolm did not initiate a credit transaction with Skopos at any time and did not have an existing account with Skopos on or about February 15, 2023, when Reprise requested his Experian credit report.

76.     Mr. Malcolm did not initiate a credit transaction with South River at any time and did not have an existing account with South River on or about January 12, 2023, when South River requested his Experian credit report.

77.     Mr. Malcolm did not initiate a credit transaction with TBOM at any time and did

19

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

not have an existing account with TBOM on or about March 2, 2023, when TBOM requested his Experian credit report.

78.     UCB is a third-party debt collector. UCB requested a copy of Mr. Malcolm's Experian credit report on January 17, 2023. Mr. Malcolm had no debts or accounts in default that could have been assigned to UCB for collection. UCB did not have a permissible purpose for requesting Mr. Malcolm's Experian credit report on January 17, 2023.

79.     Mr. Malcolm did not initiate a credit transaction with Upgrade at any time and did not have an existing account with Upgrade on or about July 29, 2021, March 29, 2022, April 23, 2022, July 15, 2022, and November 16, 2022, when Upgrade requested his Trans Union credit report.

80.     Mr. Malcolm did not initiate a credit transaction with Upstart at any time and did not have an existing account with Upstart on or about March 29, 2022, when Upstart requested his Trans Union credit report.

81.     Mr. Malcolm did not initiate a credit transaction with WebBank at any time and did not have an existing account with WebBank on or about March 29, 2022, March 30, 2022, and November 16, 2022, when WebBank requested his Trans Union credit report.

82.     Weltman is a law firm that specializes in debt collection. Weltman requested a copy of Mr. Malcolm's Trans Union credit report on July 25, 2022, and October 3, 2022. Mr. Malcolm had no debts or accounts in default that could have been assigned to Weltman for collection. Weltman did not have a permissible purpose for requesting Mr. Malcolm's Experian credit report on July 25, 2022, and October 3, 2022.

83.     Mr. Malcolm did not initiate a credit transaction with Zip Co or apply for a loan at any time and did not have an existing account with Zip Co on or about March 11, 2022, April 27,

NOT ORIGINAL

10/17/2023 08:23:41

82451-44

2022, June 9, 2022, and June 13, 2022, when Zip Co requested his Experian and/or Trans Union credit reports.

## CLAIMS FOR RELIEF

84.     Defendants American Express, N.A.; Avant, LLC; Bread Financial Holdings, Inc.; Carvana, LLC; Citibank, N.A.; Comcast Cable Communications Management, LLC; Commonwealth Financial Systems, Inc.; Continental Finance Company, LLC; Credit One Bank, N.A.; Happy Money, Inc.; LendingClub Corporation; Lendingpoint, LLC; Marlette Funding, LLC; Mariner Finance, LLC; New Day Financial, LLC; OneMain Financial Group, LLC; Prosper Marketplace, Inc.; Quinstreet, Inc.; Skopos Financial, LLC *d/b/a* Reprise Financial; South River Mortgage, LLC; The Bank of Missouri; United Collection Bureau, Inc.; Upgrade, Inc.; Upstart Network, Inc.; WebBank; Weltman, Weinberg & Reis Co., L.P.A.; Zip Co US, Inc.; and 700 Credit, LLC (jointly, "the Defendants") each knowingly and intentionally violated the FCRA by requesting Mr. Malcolm's consumer report for an impermissible purpose, *i.e.* by falsely representing that Mr. Malcolm had initiated a credit transaction with each entity or had an existing account with each entity.

85.     Each of the Defendants is liable to Mr. Malcolm for statutory damages of $1,000 for each request for his consumer credit report and the actual damages he sustained by reason of its violation of the FCRA in an amount to be determined by the trier of fact, and punitive damages as well as his reasonable attorney's fees, all pursuant to 15 U.S.C. §1681n.

86.     Alternatively, the Defendants' actions as alleged *supra* were negligent and each such Defendant is liable to Mr. Malcolm for the actual damages he sustained by reason of each

Defendant's violation of the FCRA in an amount to be determined by the trier of fact and his reasonable attorney's fees pursuant to 15 U.S.C. §1681o.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Charles William Malcolm, Sr. requests the Court grant him the following relief:

1.  Award Plaintiff the maximum amount of statutory damages against each Defendant pursuant to 15 U.S.C. §1681n for each Defendant's willful violations of the FCRA;

2.  Award Plaintiff his actual damages;

3.  Award Plaintiff punitive damages against each Defendant pursuant to 15 U.S.C. §1681n for each Defendant's willful violations of the FCRA;

4.  Award Plaintiff his attorney's fees, litigation expenses and costs;

5.  A trial by jury; and

6.  Any other relief to which Plaintiff may be entitled.

Respectfully submitted,

/s/ James H. Lawson
James Hays Lawson, KBA 86930
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@lawsonatlaw.com

James R. McKenzie, KBA 81957
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com

Filed          23-CI-00739       09/15/2023        Paulita Keith, Bullitt Circuit Clerk



**REGISTERED AGENT**
S O L U T I O N S   I N C
A **LEXITAS** COMPANY

Registered Agent Solutions, Inc.
*Corporate Mailing Address*
5301 Southwest Parkway, Suite 400
Austin, TX 78735

**Phone:** (888) 705-7274

# SERVICE OF PROCESS RECEIPT

2023-10-13

Crystal Raines
**New Day Financial, LLC**
8160 Maple Lawn Blvd.
Suite 300
Fulton, MD 20759 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: New Day Financial, LLC**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A Summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: DINSMORE & SHOHL LLP

**SERVICE INFORMATION**
Service Date:     2023-10-13
Service Time:     9:30 AM EDT
Service Method: Mail (Regular)

**RASi REFERENCE INFORMATION**
Service No.:   0278587
RASi Office:  Kentucky
Rec. Int. Id.: SYO

**CASE INFORMATION**
Case Number:  23-CI-00739
File Date:        11/10/2023
Jurisdiction:   BULLITT CIRCUIT COURT, KENTUCKY
Case Title:     CHARLES WILLIAM MALCOLM, SR. V. AMERICAN EXPRESS NATIONAL

**ANSWER / APPEARANCE INFORMATION**

10/31/2023          *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**
Firm/Issuing Agent: DINSMORE & SHOHL LLP
Attorney/Contact:   PHILIP E. CECIL
Location:              Kentucky
Telephone No.:      502-540-2300

**DOCUMENT(S) RECEIVED & ATTACHED**
Motion: FOR EXTENSION OF TIME TO FILE RESPONSE
Order: (UNSIGNED)

**ADDITIONAL NOTES:**

**Questions?** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

US POSTAGE

quadient

FIRST-CLASS MAIL
IMI
**$000.63** ℓ
10/11/2023 ZIP 40202
043M31231089

LOUISVILLE KY 400

11 OCT 2023PM 1

*New Day Financial, LLC*
*Registered Agent Solutions, Inc.*
*828 Lane Allen Road, Suite 219*
*Lexington, KY 40504*

40504~365969

DINSMORE & SHOHL LLP
101 South Fifth Street • Suite 2500
Louisville, KY 40202-3175

**Dinsmore**

| AOC-E-105  Sum Code: CI |  | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | 10/19/2023 02:06:19 |
| Court of Justice    Courts.ky.gov | | County: **BULLITT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | 82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA,** *Defendant*

TO:  **AMERICAN EXPRESS NATIONAL BANK**
**C/O ANY OFFICER**
**115 W TOWNE RIDGE PKWY**
**SANDY, UT 84070**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulota A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @00000233729
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1



*Presiding Judge: HON. RODNEY BURRESS (655271)*

*CI : 000001 of 000001*

| AOC-E-105     Sum Code: CI |  | Case #:  **23-CI-00739** ~~ORIGINAL~~ |
|---|---|---|
| Rev. 9-14 | | Court:  **CIRCUIT** |
| Commonwealth of Kentucky | | County: **BULLITT**  10/19/2023 02:07:01 |
| Court of Justice  *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | 82451-44 |

*Plantiff*, **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **AMERICAN EXPRESS NATIONAL BANK**
**C/O ANY OFFICER**
**115 W TOWNE RIDGE PKWY**
**SANDY, UT 84070**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: 9/15/2023

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____          _____
                                                                         Served By

                                                                         _____
                                                                         Title

Summons ID: @00000233730
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA

          Page 1 of 1          



| AOC-E-105<br>Rev. 9-14 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
| --- | --- | --- | --- |
| Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov* | | | Court:   **CIRCUIT** 10/19/2023 02:07:16 |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | County: **BULLITT**<br>82451-44 |

DOCUMENT

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA,** *Defendant*

TO:  **AVANT, LLC**
   **C/O CORPORATION SERVICE COMPANY**
   **801 ADLAI STEVENSON DR**
   **SPRINGFIELD, IL 627034261**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____      _____

                             Served By

                       _____

                             Title

---

Summons ID: @00000233731
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | 10/19/2023 02:07:28 |
| Court of Justice  *Courts.ky.gov* | | County: **BULLITT** | |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | 82451-44 |

DOCUMENT

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

## TO:  AVANT, LLC
### C/O CORPORATION SERVICE COMPANY
### 801 ADLAI STEVENSON DR
### SPRINGFIELD, IL 627034261

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: 9/15/2023

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                                                                        Served By

                                                               _____
                                                                        Title

---

Summons ID: @00000233732
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1



| AOC-E-105<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **23-CI-00739** ORIGINAL<br>Court:  **CIRCUIT**<br>County: **BULLITT** 10/19/2023 02:07:44<br><br>82451-44 |

DOCUMENT

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **BREAD FINANCIAL HOLDINGS, INC.**
    **C/O CORPORATION SERVICE COMPANY**
    **251 LITTLE FALLS DR**
    **WILMINGTON, DE 19808**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____    _____
                                     Served By

                                                _____
                                                Title







| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | 10/19/2023 02:12:28 |
| Court of Justice *Courts.ky.gov* | | | County: **BULLITT** |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*


TO:  **BREAD FINANCIAL HOLDINGS, INC.**
**C/O CORPORATION SERVICE COMPANY**
**251 LITTLE FALLS DR**
**WILMINGTON, DE 19808**


The Commonwealth of Kentucky to Defendant:


    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.


                                        *Paulita A. Keith*

                                        Bullitt Circuit Clerk
                                        Date: **9/15/2023**


---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____        _____
                                                    Served By

                                            _____
                                                      Title

---

Summons ID: @00000233734
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | County: **BULLITT** 10/19/2023 02:08:26 |
| Court of Justice  *Courts.ky.gov* | | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | 82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **CARVANA, LLC**
**C/O CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                                                                      Served By

                                                                      _____
                                                                      Title




eFiled



| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | |
| Commonwealth of Kentucky | | | Court: **CIRCUIT** |
| Court of Justice | *Courts.ky.gov* | | County: **BULLITT** 10/19/2023 02:08:47 |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO: **CITIBANK, N.A.**
   **C/O ANY OFFICER**
   **5800 S. CORPORATE PLACE**
   **SIOUX FALLS, SD 57108**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita a. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                                                                    Served By

                                                          _____
                                                                        Title

Summons ID: @00000233736
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1



| AOC-E-105<br>Rev. 9-14<br>**DOCUMENT**<br>Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **23-CI-00739** ORIGINAL<br>Court: **CIRCUIT**<br>County: **BULLITT** 10/19/2023 02:13:09<br><br>82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO: **CITIBANK, N.A.**
　　**C/O ANY OFFICER**
　　**5800 S. CORPORATE PLACE**
　　**SIOUX FALLS, SD 57108**

The Commonwealth of Kentucky to Defendant:

　　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　　To: _____

☐ Not Served because: _____

　　Date: _____, 20 _____　　_____
　　　　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Title

---

Summons ID: @00000233737
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

*eFiled*



| AOC-E-105  Sum Code: CI | | Case #: **23-CI-00739** ~~ORIGINAL~~ |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **BULLITT** 10/19/2023 02:16:29 |
| Court of Justice   *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | 82451-44 |

DOCUMENT

VI

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **COMCAST CABLE COMMUNICATIONS MGMT., LLC**

**C/O CT CORPORATION SYSTEM**

**306 WEST MAIN STREET, SUITE 512**

**FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____     _____

Served By

_____

Title

Summons ID: @00000233738
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

**eFiled**



| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | 10/19/2023 02:16:55 |
| Court of Justice    *Courts.ky.gov* | | County: **BULLITT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*


TO:  **COMMONWEALTH FINANCIAL SYSTEMS, INC.**
   **C/O CT CORPORATION SYSTEM**
   **306 WEST MAIN STREET, SUITE 512**
   **FRANKFORT, KY 40601**


The Commonwealth of Kentucky to Defendant:


   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.


                              *Paulita A. Keith*

                              Bullitt Circuit Clerk
                              Date: **9/15/2023**


---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____


Date: _____, 20_____        _____
                                          Served By

                                     _____
                                          Title

---




eFiled



| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **23-CI-00739** ~~ORIGINAL~~<br>Court: **CIRCUIT**   10/19/2023 02:17:0(<br>County: **BULLITT**<br><br>82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **CONTINENTAL FINANCE COMPANY, LLC**
      **C/O LAMIAA E. ELFAR**
      **4550 NEW LINDEN HILL RD STE 400**
      **WILMINGTON, DE 19808**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____      _____
                                         Served By

                                              _____
                                            Title



Page 1 of 1





| AOC-E-105<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **23-CI-00739** ORIGINAL<br>Court: **CIRCUIT**<br>County: **BULLITT**<br>10/19/2023 02:17:18<br>82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **CONTINENTAL FINANCE COMPANY, LLC**
 **C/O LAMIAA E. ELFAR**
 **4550 NEW LINDEN HILL RD STE 400**
 **WILMINGTON, DE 19808**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

 Date: _____, 20_____

 _____
 Served By

 _____
 Title

---

Summons ID: @00000233741
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

**eFiled**

| AOC-E-105    Sum Code: CI <br> Rev. 9-14 <br> Commonwealth of Kentucky <br> Court of Justice    *Courts.ky.gov* <br><br> CR 4.02; Cr Official Form 1 |  <br><br> **CIVIL SUMMONS** | Case #: **23-CI-00739** ORIGINAL <br> Court:   **CIRCUIT** <br> County: **BULLITT** <br> 10/19/2023 02:17:29 <br><br> 82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:    **CREDIT ONE BANK, N.A.**
      **C/O ANY OFFICER**
      **6801 S CIMARRON RD**
      **LAS VEGAS, NV 89113**

The Commonwealth of Kentucky to Defendant:

     You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

     To: _____

☐ Not Served because: _____

     Date: _____, 20_____      _____
                                                          Served By

                                                        _____
                                                           Title

---





| AOC-E-105<br>Rev. 9-14<br>**Commonwealth of Kentucky**<br>Court of Justice   *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **23-CI-00739** ~~ORIGINAL~~<br>Court:  **CIRCUIT**<br>County: **BULLITT**   10/19/2023 02:17:42<br><br>82451-44 |
| --- | --- | --- |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **CREDIT ONE BANK, N.A.**
　　**C/O ANY OFFICER**
　　**6801 S CIMARRON RD**
　　**LAS VEGAS, NV 89113**

The Commonwealth of Kentucky to Defendant:

　　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

　　　　　　　　　　　　　　　*Paulita A. Keith*

　　　　　　　　　　　　　　　Bullitt Circuit Clerk
　　　　　　　　　　　　　　　Date: **9/15/2023**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　　To: _____

☐ Not Served because: _____

　　Date: _____, 20_____　　_____
　　　　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Title

Summons ID: @00000233743
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov* | | | County: **BULLITT** 10/19/2023 02:17:53 |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | 82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO: **HAPPY MONEY, INC.**
   **C/O PARACORP INCORPORATED**
   **828 LANE ALLEN ROAD, SUITE 219**
   **LEXINGTON, KY 40504**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____     _____
                                          Served By

                                       _____
                                          Title

Summons ID: @00000233744
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105 | Sum Code: CI | | Case #: | **23-CI-00739** ORIGINAL |
|---|---|---|---|---|
| Rev. 9-14 | | | Court: | **CIRCUIT** |
| Commonwealth of Kentucky | | | County: | **BULLITT** 10/19/2023 02:18:05 |
| Court of Justice *Courts.ky.gov* | | | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO: **LENDINGCLUB CORPORATION**
 **C/O CORPORATION SERVICE COMPANY**
 **421 WEST MAIN STREET**
 **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

 You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

 Date: _____, 20_____    _____
                                                         Served By

                                                         _____
                                                         Title

---

Summons ID: @00000233745
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1



AOC-E-105
Rev. 9-14

Sum Code: CI

**Commonwealth of Kentucky**
Court of Justice  *Courts.ky.gov*

CR 4.02; Cr Official Form 1



## CIVIL SUMMONS

Case #: **23-CI-00739** ORIGINAL
Court: **CIRCUIT**
County: **BULLITT**

10/19/2023 02:18:16

82451-44

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **LENDINGPOINT, LLC**

**C/O CT CORPORATION SYSTEM**

**306 WEST MAIN STREET, SUITE 512**

**FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---

Summons ID: @00000233746
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

**eFiled**



| AOC-E-105<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #:  **23-CI-00739** ORIGINAL<br>Court:  **CIRCUIT**<br>County:  **BULLITT** 10/19/2023 02:18:28<br><br>82451-44 |

*Plantiff*, **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **MARLETTE FUNDING, LLC**
 **C/O CT CORPORATION SYSTEM**
 **306 WEST MAIN STREET, SUITE 512**
 **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____        _____
                                                        Served By

                                                    _____
                                                        Title

Summons ID: @00000233747
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

eFiled



| AOC-E-105 | Sum Code: CI | | Case #: | **23-CI-00739** ORIGINAL |
|---|---|---|---|---|
| Rev. 9-14 | | | Court: | **CIRCUIT** |
| Commonwealth of Kentucky | | | County: | **BULLITT** 10/19/2023 02:18:37 |
| Court of Justice  *Courts.ky.gov* | | | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA,** *Defendant*

TO:  **MARINER FINANCE, LLC**
      **C/O CORPORATION SERVICE COMPANY**
      **421 WEST MAIN STREET**
      **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita a. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____      _____
                                            Served By

                                             _____
                                             Title

Summons ID: @00000233748
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **23-CI-00739** ORIGINAL<br>Court: **CIRCUIT**<br>County: **BULLITT** 10/19/2023 02:18:49<br><br>82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA,** *Defendant*

TO: **NEW DAY FINANCIAL, LLC**
     **C/O REGISTERED AGENT SOLUTIONS**
     **828 LANE ALLEN ROAD, SUITE 219**
     **LEXINGTON, KY 40504**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____       _____
                                                    Served By

                                                 _____
                                                 Title

Summons ID: @00000233749
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA







| AOC-E-105<br>Rev. 9-14 | Sum Code: CI | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice *Courts.ky.gov* | | Court: **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County: **BULLITT** 10/19/2023 02:19:00 |
| | | 82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA,** *Defendant*

TO: **ONEMAIN FINANCIAL GROUP, LLC**
      **C/O CT CORPORATION SYSTEM**
      **306 WEST MAIN STREET, SUITE 512**
      **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____      _____
                                                 Served By

                                                     _____
                                                        Title

Summons ID: @00000233750
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

*eFiled*



| AOC-E-105<br>Rev. 9-14 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
| --- | --- | --- | --- |
| Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov* | | | Court: **CIRCUIT**<br>10/19/2023 02:19:12 |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | County: **BULLITT** |

82451-44

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:    **PROSPER MARKETPLACE, INC.**
      **C/O CORPORATION SERVICE COMPANY**
      **421 WEST MAIN STREET**
      **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____         _____
                                       Served By

                                               _____
                                              Title

Summons ID: @00000233751
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA

**eFiled**



Page 1 of 1



| AOC-E-105    Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **BULLITT** |
| Court of Justice    Courts.ky.gov | | 10/19/2023 02:19:23 |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:    **QUINSTREET, INC.**
    **C/O CORPORATION SERVICE COMPANY**
    **421 WEST MAIN STREET**
    **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____        _____
                                                Served By

                                            _____
                                                Title

Summons ID: @00000233752
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1



Case 3:23-cv-00545-RGJ-RSE   Document 1-1   Filed 10/20/23   Page 50 of 160 PageID #: 77

| AOC-E-105<br>Rev. 9-14 | Sum Code: CI |  | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| DOCUMENT<br>Commonwealth of Kentucky<br>Court of Justice  *Courts.ky.gov* | | | Court: **CIRCUIT** 10/19/2023 02:19:35 |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | County: **BULLITT** |
| | | | 82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

    TO:  **SKOPOS FINANCIAL, LLC**
         **C/O CORPORATION SERVICE COMPANY**
         **421 WEST MAIN STREET**
         **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                 *Paulita A. Keith*

                          Bullitt Circuit Clerk
                          Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____       _____
                                                   Served By

                                            _____
                                                      Title

Summons ID: @00000233753
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA

Page 1 of 1





| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | 10/19/2023 02:19:46 |
| Court of Justice    *Courts.ky.gov* | | County: **BULLITT** | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **SOUTH RIVER MORTGAGE, LLC**
   **C/O STEPHANIE PYRON**
   **1750 FOREST DR STE 195**
   **ANNAPOLIS, MD 21401**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____    _____
                                                         Served By

                                              _____
                                                            Title

---

Summons ID: @00000233754
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | County: **BULLITT** 10/19/2023 02:19:58 |
| Court of Justice    Courts.ky.gov | | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | 82451-44 |

*Plaintiff*, **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **SOUTH RIVER MORTGAGE, LLC**
**C/O STEPHANIE PYRON**
**1750 FOREST DR STE 195**
**ANNAPOLIS, MD 21401**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---

Summons ID: @00000233755
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

eFiled



| AOC-E-105  Sum Code: CI | | Case #: **23-CI-00739** ~~ORIGINAL~~ |
| Rev. 9-14 | | Court: **CIRCUIT** 10/19/2023 02:20:08 |
| ~~DOCUMENT~~ Commonwealth of Kentucky Court of Justice  *Courts.ky.gov* | **CIVIL SUMMONS** | County: **BULLITT** |
| CR 4.02; Cr Official Form 1 | | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **THE BANK OF MISSOURI**
   **C/O ANY OFFICER**
   **916 N KINGS HWY**
   **PERRYVILLE, MO 63775**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: 9/15/2023

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____      _____
                        Served By

                        _____
                        Title

---

Summons ID: @00000233756
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **23-CI-00739** ORIGINAL<br>Court: **CIRCUIT**<br>County: **BULLITT** 10/19/2023 02:20:18<br><br>82451-44 |
|---|---|---|

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **THE BANK OF MISSOURI**
   **C/O ANY OFFICER**
   **916 N KINGS HWY**
   **PERRYVILLE, MO 63775**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____    _____
                                                Served By

                                        _____
                                                Title

---

Summons ID: @00000233757
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | 10/19/2023 02:31:59 |
| Court of Justice   *Courts.ky.gov* | | County: **BULLITT** | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | 82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:   **UNITED COLLECTION BUREAU, INC.**
       **C/O CORPORATION SERVICE COMPANY**
       **421 WEST MAIN STREET**
       **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____            _____
                                        Served By

                                               _____
                                               Title

Summons ID: @00000233758
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

*e*Filed



| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ~~ORIGINAL~~ |
|---|---|---|---|
| Rev. 9-14 | | | |
| ~~DOCUMENT~~ Commonwealth of Kentucky Court of Justice  *Courts.ky.gov* | | | Court:  **CIRCUIT**  10/19/2023 02:20:29 County:  **BULLITT** |
| ~~VI~~ CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **UPGRADE, INC.**
     **C/O CT CORPORATION SYSTEM**
     **306 WEST MAIN STREET, SUITE 512**
     **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                 *Paulita A. Keith*

                                 Bullitt Circuit Clerk
                                 Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____    _____
                                        Served By
                                       _____
                                        Title

Summons ID: @00000233759
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | 10/19/2023 02:20:45 |
| Court of Justice    Courts.ky.gov | | County: **BULLITT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | 82451-44 |

DOCUMENT
VI

*Plantiff*, **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:  **UPSTART NETWORK, INC.**
**C/O CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____

                                                                Served By

                                                      _____

                                                                Title

---

Summons ID: @00000233760
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **23-CI-00739** ORIGINAL<br>Court:   **CIRCUIT**<br>County: **BULLITT** 10/19/2023 02:20:56<br><br>82451-44 |
| --- | --- | --- |

DOCUMENT

VI

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

> TO:  **WEBBANK**
> **C/O ANY OFFICER**
> **215 S STATE ST STE 1000**
> **SALT LAKE CITY, UT 84111**

The Commonwealth of Kentucky to Defendant:

 You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20_____    _____
                                              Served By

                                   _____
                                              Title

---

Summons ID: @00000233761
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1





| AOC-E-105 | Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|---|
| Rev. 9-14 | | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | | County: **BULLITT** 10/19/2023 02:21:08 |
| Court of Justice  Courts.ky.gov | | | |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | 82451-44 |

DOCUMENT

VI

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

## TO: **WEBBANK**
   **C/O ANY OFFICER**
   **215 S STATE ST STE 1000**
   **SALT LAKE CITY, UT 84111**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____     _____
                                            Served By

                                       _____
                                            Title

---

Summons ID: @00000233762
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

**eFiled**



| AOC-E-105 | Sum Code: CI | | Case #: | **23-CI-00739** ORIGINAL |
| Rev. 9-14 | | | | |
| Commonwealth of Kentucky | | | Court: | **CIRCUIT** |
| Court of Justice *Courts.ky.gov* | | | County: | **BULLITT** 10/19/2023 02:21:17 |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*


TO: **WELTMAN, WEINBERG & REIS CO., L.P.A.**

   **C/O EILEEN M. BITTERMAN**

   **965 KEYNOTE CIRCLE**

   **BROOKLYN HEIGHTS, OH 44131**


The Commonwealth of Kentucky to Defendant:


   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.


*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**


## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____    _____

                                        Served By

                                     _____

                                        Title

Summons ID: @00000233763
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

*eFiled*



| AOC-E-105<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **23-CI-00739** ORIGINAL<br>Court:  **CIRCUIT**<br>County: **BULLITT** 10/19/2023 02:21:30<br><br>82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA,** *Defendant*

TO:  **WELTMAN, WEINBERG & REIS CO., L.P.A.**

   **C/O EILEEN M. BITTERMAN**

   **965 KEYNOTE CIRCLE**

   **BROOKLYN HEIGHTS, OH 44131**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____       _____
                                                                        Served By

                                                       _____
                                                                        Title

---

Summons ID: @00000233764
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA







| AOC-E-105    Sum Code: CI | Case #: **23-CI-00739** ORIGINAL |
| Rev. 9-14 | Court: **CIRCUIT** |
| Commonwealth of Kentucky | County: **BULLITT** 10/19/2023 02:22:08 |
| Court of Justice    *Courts.ky.gov* | |
| CR 4.02; Cr Official Form 1    **CIVIL SUMMONS** | 82451-44 |

*Plaintiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO:    **ZIP CO US, INC.**

**C/O THE CORPORATION TRUST COMPANY**

**1209 ORANGE STREET**

**WILMINGTON, DE 19801**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____    _____
                                                                        Served By

                                                                        _____
                                                                        Title

---

Summons ID: @00000233765
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

**eFiled**

Case 3:23-cv-00545-RGJ-RSE   Document 1-1   Filed 10/20/23   Page 63 of 160 PageID #: 70

AOC-E-105    Sum Code: CI
Rev. 9-14

DOCUMENT
Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



Case #: **23-CI-00739** ORIGINAL
Court:   **CIRCUIT**
County:  **BULLITT**    10/19/2023 02:22:29

82451-44

# CIVIL SUMMONS

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA,** *Defendant*

TO:  **ZIP CO US, INC.**

**C/O THE CORPORATION TRUST COMPANY**

**1209 ORANGE STREET**

**WILMINGTON, DE 19801**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita a. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____          _____
                                          Served By

                                         _____
                                          Title

---

Summons ID: @00000233766
CIRCUIT: 23-CI-00739 Long Arm Statute – SOS - Restricted Delivery
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1



| AOC-E-105  Sum Code: CI | | Case #: **23-CI-00739** ORIGINAL |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **BULLITT** 10/19/2023 02:22:49 |
| Court of Justice  *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | 82451-44 |

*Plantiff,* **MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA**, *Defendant*

TO: **700 CREDIT, LLC**
**C/O CORPORATE CREATIONS NETWORK INC.**
**101 NORTH SEVENTH STREET**
**LOUISVILLE, KY 40202**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Paulita A. Keith*

Bullitt Circuit Clerk
Date: **9/15/2023**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

---

Summons ID: @00000233767
CIRCUIT: 23-CI-00739 Certified Mail
MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA



Page 1 of 1

**eFiled**

**Commonwealth of Kentucky**
**Paulita Keith, Bullitt Circuit Clerk**

NOT ORIGINAL

10/19/2023 02:23:01

| Case #: 23-CI-00739 | Envelope #: 6589854 | |
|---|---|---|
| Received From: JAMES LAWSON | Account Of: JAMES LAWSON | 82451-44 |
| Case Title: MALCOLM, CHARLES WILLIAM SR VS. AMERICAN EXPRESS NATIONAL BA | Confirmation Number: 168874710 | |

Filed On 9/15/2023 12:02:27 PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $484.68 |
| 5 | Money Collected For Others(Postage) | $200.97 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Money Collected For Others(Secretary of State) | $188.10 |
| 8 | Library Fee | $1.00 |
| 9 | Civil Filing Fee | $150.00 |
| 10 | Charges For Services(Attestation) | $0.50 |
| 11 | Charges For Services(Copy - Photocopy) | $52.80 |
| 12 | Charges For Services(Copy - Photocopy) | $67.20 |
| 13 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $1,285.25 |

Generated: 9/18/2023

Page 1 of 1

**UNITED STATES POSTAL SERVICE**

NOT ORIGINAL

10/17/2023 08:12:25

82451-44

Date Produced: 09/22/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5235 05. Our records indicate that this item was delivered on 09/21/2023 at 09:00 a.m. in ANNAPOLIS, MD 21401. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **1750 FOREST DR STE 100, ANNAPOLIS, MD 21401**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     C4472196.26734238

**UNITED STATES**
**POSTAL SERVICE**™

NOT ORIGINAL

OCUMENT

M

10/17/2023 08:15:26

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5234 06. Our records indicate that this item was delivered on 09/25/2023 at 07:55 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MARINER FINANCE, LLC
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

Filed          23-CI-00739   09/26/2023   Paulita Keith, Bullitt Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 420406019236090194038330523406

MAILING DATE:      09/18/2023

DELIVERED DATE:   09/25/2023

Custom 1: DriverId-6589854

Custom 2: PartyId-44868757

Custom 3: SummonsNum-@00000233748

Custom 4: CentralMailId-111305

Custom 5: Source County-BULLITT

NOT ORIGINAL

10/17/2023 08:15:26

82451-44

MAIL PIECE DELIVERY INFORMATION:

MARINER FINANCE, LLC
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:45 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:00 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:35 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 07:55 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

Filed                09/25/2023    Paulita Keith, Bullitt Circuit Clerk

**UNITED STATES POSTAL SERVICE**

NOT ORIGINAL

DOCUMENT

VI

10/17/2023 08:14:18

82451-44

Date Produced: 09/25/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5236 11. Our records indicate that this item was delivered on 09/22/2023 at 04:40 a.m. in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

ZIP CO US, INC.
C/O THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

Filed          23-CI-00739   09/25/2023   Paulita Keith, Bullitt Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 42019801923609019403830523611

MAILING DATE:      09/18/2023

DELIVERED DATE:   09/22/2023

Custom 1: DriverId-6589854
Custom 2: PartyId-44868770
Custom 3: SummonsNum-@00000233765
Custom 4: CentralMailId-111319
Custom 5: Source County-BULLITT

**NOT ORIGINAL**

10/17/2023 08:14:18

82451-44

MAIL PIECE DELIVERY INFORMATION:

ZIP CO US, INC.
C/O THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:46 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:01 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/20/2023 13:52 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 09/21/2023 00:31 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 09/21/2023 05:30 | DEPARTED USPS REGIONAL FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 09/21/2023 09:50 | ARRIVAL AT UNIT | WILMINGTON,DE 19801 |
| 09/21/2023 10:01 | OUT FOR DELIVERY | WILMINGTON,DE 19801 |
| 09/21/2023 10:22 | AVAILABLE FOR PICKUP | WILMINGTON,DE 19801 |
| 09/22/2023 04:40 | DELIVERED INDIVIDUAL PICKED UP AT USPS | WILMINGTON,DE 19801 |

**UNITED STATES**
**POSTAL SERVICE**

NOT ORIGINAL

10/17/2023 08:12:39

82451-44

Date Produced: 09/22/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5232 15. Our records indicate that this item was delivered on 09/21/2023 at 11:20 a.m. in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :



| Signature | X | Ryan MacArthur |
| Printed Name | | Ryan MacArthur |

Address of Recipient :

| Delivery Address | 251 Little Falls Dr |

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    C4472196.26734263
Filed                    23-CI-00739    09/22/2023    Paulita Keith, Bullitt Circuit Clerk

Filed                        09/21/2023          Paulita Keith, Bullitt Circuit Clerk

**UNITED STATES**
**POSTAL SERVICE.**

NOT ORIGINAL

10/17/2023 08:11:37

82451-44

Date Produced: 09/21/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330
5234 20. Our records indicate that this item was delivered on 09/20/2023 at 10:24 a.m. in LEXINGTON,
KY 40504. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:          C4472196.26734241
Filed                23-CI-00739        09/21/2023          Paulita Keith, Bullitt Circuit Clerk

UNITED STATES
POSTAL SERVICE.

NOT ORIGINAL

10/17/2023 08:13:20

82451-44

Date Produced: 09/22/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5233 21. Our records indicate that this item was delivered on 09/21/2023 at 11:22 a.m. in LAS VEGAS, NV 89113. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Cimarron Road

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      C4472196.26734245

**UNITED STATES**
**POSTAL SERVICE.**

NOT ORIGINAL

10/17/2023 08:12:08

82451-44

Date Produced: 09/22/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5235 29. Our records indicate that this item was delivered on 09/21/2023 at 11:06 a.m. in PERRYVILLE, MO 63775. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    C4472196.26734236
Filed            23-CI-00739     09/22/2023        Paulita Keith, Bullitt Circuit Clerk

**UNITED STATES POSTAL SERVICE**

NOT ORIGINAL

10/17/2023 08:11:13

82451-44

Date Produced: 09/21/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5236 35. Our records indicate that this item was delivered on 09/20/2023 at 03:01 p.m. in LOUISVILLE, KY 40202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Filed            Filed 1 19 PM 09/26/2023    Paulita Keith, Bullitt Circuit Clerk



## UNITED STATES
## POSTAL SERVICE™

NOT ORIGINAL

DOCUMENT

10/17/2023 08:16:23

M

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5235 36. Our records indicate that this item was delivered on 09/25/2023 at 07:55 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

UNITED COLLECTION BUREAU, INC.
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

Filed                23-CI-00739   09/26/2023      Paulita Keith, Bullitt Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER:  42040601923609019403833052353 6

MAILING DATE:      09/18/2023

DELIVERED DATE:    09/25/2023

Custom 1: DriverId-6589854
Custom 2: PartyId-44868765
Custom 3: SummonsNum-@00000233758
Custom 4: CentralMailId-111314
Custom 5: Source County-BULLITT

NOT ORIGINAL

10/17/2023 08:16:23

82451-44

MAIL PIECE DELIVERY INFORMATION:

UNITED COLLECTION BUREAU, INC.
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:46 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:01 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:34 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 07:55 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

UNITED STATES
POSTAL SERVICE™

NOT ORIGINAL

OCUMENT

VI

10/17/2023 08:11:55

82451-44

Date Produced: 09/21/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5233 38. Our records indicate that this item was delivered on 09/20/2023 at 10:24 a.m. in LEXINGTON, KY 40504. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     C4472196.26734244

**UNITED STATES**
**POSTAL SERVICE**

NOT ORIGINAL

10/17/2023 08:16:55

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5235 43. Our records indicate that this item was delivered on 09/25/2023 at 08:00 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

UPGRADE, INC.
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

USPS MAIL PIECE TRACKING NUMBER:  420406019236090194038330523543

MAILING DATE:    09/18/2023

DELIVERED DATE:   09/25/2023

Custom 1: DriverId-6589854

Custom 2: PartyId-44868766

Custom 3: SummonsNum-@00000233759

Custom 4: CentralMailId-111315

Custom 5: Source County-BULLITT

**NOT ORIGINAL**

10/17/2023 08:16:55

82451-44

MAIL PIECE DELIVERY INFORMATION:

UPGRADE, INC.
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:46 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:01 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 17:29 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/20/2023 13:50 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:28 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 08:00 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

Filed                    09/26/2023      Paulita Keith, Bullitt Circuit Clerk

**UNITED STATES**
**POSTAL SERVICE**₀

NOT ORIGINAL

10/17/2023 08:15:10

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5234 44. Our records indicate that this item was delivered on 09/25/2023 at 08:00 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

ONEMAIN FINANCIAL GROUP, LLC
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

Customer Reference Number:     C4472196.26734240
Filed              23-CI-00739    09/26/2023      Paulita Keith, Bullitt Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 4204060192360901940038330523444

MAILING DATE:      09/18/2023

DELIVERED DATE:   09/25/2023

Custom 1: DriverId-6589854

Custom 2: PartyId-44868759

Custom 3: SummonsNum-@00000233750

Custom 4: CentralMailId-111307

Custom 5: Source County-BULLITT

**NOT ORIGINAL**

10/17/2023 08:15:10

82451-44

MAIL PIECE DELIVERY INFORMATION:

ONEMAIN FINANCIAL GROUP, LLC
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:47 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:02 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:29 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 08:00 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

Filed                        09/26/2023        Paulita Keith, Bullitt Circuit Clerk

**UNITED STATES**
**POSTAL SERVICE**®

NOT ORIGINAL

10/17/2023 08:18:17

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5233 45. Our records indicate that this item was delivered on 09/25/2023 at 07:55 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

LENDINGCLUB CORPORATION
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

Customer Reference Number:        C4472196.26734243

USPS MAIL PIECE TRACKING NUMBER: 42040601923609079403833052345

MAILING DATE:        09/18/2023
DELIVERED DATE:   09/25/2023
Custom 1: DriverId-6589854
Custom 2: PartyId-44868754
Custom 3: SummonsNum-@00000233745
Custom 4: CentralMailId-111302
Custom 5: Source County-BULLITT

NOT ORIGINAL

10/17/2023 08:18:17

82451-44

MAIL PIECE DELIVERY INFORMATION:

LENDINGCLUB CORPORATION
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:47 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:02 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:36 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 07:55 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

Filed          23-CI-00739      09/26/2023          Paulita Keith, Bullitt Circuit Clerk

**UNITED STATES POSTAL SERVICE**

NOT ORIGINAL

DCUMENT

M

10/17/2023 08:17:48

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5232 46. Our records indicate that this item was delivered on 09/25/2023 at 07:55 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CARVANA, LLC
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

Customer Reference Number:      C4472196.26734233
Filed            23-CI-00739      09/26/2023      Paulita Keith, Bullitt Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 420406019236090194038330523246

**NOT ORIGINAL**

MAILING DATE:     09/18/2023
DELIVERED DATE:   09/25/2023
Custom 1: DriverId-6589854
Custom 2: PartyId-44868747
Custom 3: SummonsNum-@00000233735
Custom 4: CentralMailId-111295
Custom 5: Source County-BULLITT

10/17/2023 08:17:48

82451-44

MAIL PIECE DELIVERY INFORMATION:

CARVANA, LLC
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:45 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:00 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:35 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 07:55 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

**UNITED STATES**
**POSTAL SERVICE**₀

NOT ORIGINAL

10/17/2023 08:18:27

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5235 50. Our records indicate that this item was delivered on 09/25/2023 at 07:55 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

UPSTART NETWORK, INC.
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

Customer Reference Number:    C4472196.26734250

USPS MAIL PIECE TRACKING NUMBER:  420406019236090194038330523550
MAILING DATE:        09/18/2023
DELIVERED DATE:    09/25/2023
Custom 1: DriverId-6589854
Custom 2: PartyId-44868767
Custom 3: SummonsNum-@00000233760
Custom 4: CentralMailId-111316
Custom 5: Source County-BULLITT

NOT ORIGINAL

10/17/2023 08:18:27

82451-44

MAIL PIECE DELIVERY INFORMATION:

UPSTART NETWORK, INC.
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:46 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:01 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:35 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 07:55 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

**UNITED STATES**
**POSTAL SERVICE**

NOT ORIGINAL

10/17/2023 08:13:30

82451-44

Date Produced: 09/22/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5232 60. Our records indicate that this item was delivered on 09/20/2023 at 11:50 p.m. in SIOUX FALLS, SD 57117. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    C4472196.26734249

Filed                          09/26/2023    Paulita Keith, Bullitt Circuit Clerk

**UNITED STATES**
**POSTAL SERVICE**₊

NOT ORIGINAL

DOCUMENT

10/17/2023 08:17:35

VI

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5234 68. Our records indicate that this item was delivered on 09/25/2023 at 07:55 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

PROSPER MARKETPLACE, INC.
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

Filed       23-CI-00739   09/26/2023       Paulita Keith, Bullitt Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER:  420406019236090184038330523468

MAILING DATE:       09/18/2023

DELIVERED DATE:   09/25/2023

Custom 1: DriverId-6589854
Custom 2: PartyId-44868760
Custom 3: SummonsNum-@00000233751
Custom 4: CentralMailId-111309
Custom 5: Source County-BULLITT

NOT ORIGINAL

10/17/2023 08:17:35

82451-44

MAIL PIECE DELIVERY INFORMATION:

PROSPER MARKETPLACE, INC.
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:45 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:00 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:35 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 07:55 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

Filed    09/26/2023    Paulita Keith, Bullitt Circuit Clerk

# UNITED STATES
## POSTAL SERVICE.

NOT ORIGINAL

10/17/2023 08:17:21

82451-44

OCUMENT

VI

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5233 69. Our records indicate that this item was delivered on 09/25/2023 at 08:00 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

LENDINGPOINT, LLC
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

Customer Reference Number:       C4472196.26734242

USPS MAIL PIECE TRACKING NUMBER: 42040601923609049038330523369

NOT ORIGINAL

MAILING DATE:        09/18/2023
DELIVERED DATE:   09/25/2023

10/17/2023 08:17:21

Custom 1: DriverId-6589854
Custom 2: PartyId-44868755
Custom 3: SummonsNum-@00000233746
Custom 4: CentralMailId-111303
Custom 5: Source County-BULLITT

82451-44

MAIL PIECE DELIVERY INFORMATION:

LENDINGPOINT, LLC
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | | |
|---|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | | FRANKFORT,KY 40601 |
| 09/18/2023 20:47 | ORIGIN ACCEPTANCE | | FRANKFORT,KY 40601 |
| 09/18/2023 22:02 | PROCESSED THROUGH USPS FACILITY | | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:29 | ARRIVAL AT UNIT | | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | | FRANKFORT,KY 40601 |
| 09/25/2023 08:00 | DELIVERED INDIVIDUAL PICKED UP AT USPS | | FRANKFORT,KY 40601 |

# UNITED STATES
## POSTAL SERVICE.

NOT ORIGINAL

10/17/2023 08:14:30

82451-44

Date Produced: 09/25/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5235 81. Our records indicate that this item was delivered on 09/22/2023 at 04:39 p.m. in SALT LAKE CITY, UT 84111. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

WEBBANK
C/O ANY OFFICER
215 S STATE ST STE 1000
SALT LAKE CITY UT 84111

Customer Reference Number:     C4472196.26734251

USPS MAIL PIECE TRACKING NUMBER: 42084111923609040403833830523581

MAILING DATE:      09/18/2023

DELIVERED DATE:   09/22/2023

Custom 1: DriverId-6589854

Custom 2: PartyId-44868768

Custom 3: SummonsNum-@00000233761

Custom 4: CentralMailId-111317

Custom 5: Source County-BULLITT

**NOT ORIGINAL**

10/17/2023 08:14:30

82451-44

**MAIL PIECE DELIVERY INFORMATION:**

WEBBANK
C/O ANY OFFICER
215 S STATE ST STE 1000
SALT LAKE CITY UT 84111

**MAIL PIECE TRACKING EVENTS:**

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:46 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:01 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/21/2023 11:05 | PROCESSED THROUGH USPS FACILITY | SALT LAKE CITY UT NETWORK DISTR 84199 |
| 09/22/2023 09:37 | DEPARTED USPS REGIONAL FACILITY | SALT LAKE CITY UT NETWORK DISTR 84199 |
| 09/22/2023 16:39 | DELIVERED LEFT WITH INDIVIDUAL | SALT LAKE CITY,UT 84111 |

NOT ORIGINAL

# UNITED STATES
# POSTAL SERVICE™

10/17/2023 08:14:55

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5234 82. Our records indicate that this item was delivered on 09/25/2023 at 07:55 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

QUINSTREET, INC.
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

Customer Reference Number:      C4472196.26734239

NOT ORIGINAL

10/17/2023 08:14:55

82451-44

USPS MAIL PIECE TRACKING NUMBER: 42040601923609010403830523482

MAILING DATE: 09/18/2023
DELIVERED DATE: 09/25/2023
Custom 1: DriverId-6589854
Custom 2: PartyId-44868761
Custom 3: SummonsNum-@00000233752
Custom 4: CentralMailId-111310
Custom 5: Source County-BULLITT

MAIL PIECE DELIVERY INFORMATION:

QUINSTREET, INC.
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:45 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:00 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:35 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 07:55 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

# UNITED STATES
## POSTAL SERVICE

NOT ORIGINAL

10/17/2023 08:17:0!

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5233 83. Our records indicate that this item was delivered on 09/25/2023 at 08:00 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

MARLETTE FUNDING, LLC
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

Customer Reference Number:      C4472196.26734255

USPS MAIL PIECE TRACKING NUMBER: 42040601923609049038330523383

NOT ORIGINAL

MAILING DATE: 09/18/2023

DELIVERED DATE: 09/25/2023

OCUMENT

10/17/2023 08:17:09

VI

Custom 1: DriverId-6589854

Custom 2: PartyId-44868756

Custom 3: SummonsNum-@00000233747

Custom 4: CentralMailId-111304

Custom 5: Source County-BULLITT

82451-44

**MAIL PIECE DELIVERY INFORMATION:**

MARLETTE FUNDING, LLC
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

**MAIL PIECE TRACKING EVENTS:**

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:45 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:00 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:28 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 08:00 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

NOT ORIGINAL

10/17/2023 08:17:58

82451-44

**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5232 84. Our records indicate that this item was delivered on 09/25/2023 at 08:00 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :   

Address of Recipient :   

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

COMCAST CABLE COMMUNICATIONS MGMT., LLC
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

Customer Reference Number:      C4472196.26734248
23-CI-00739      09/26/2023

USPS MAIL PIECE TRACKING NUMBER:  42040601923609040038330523284

MAILING DATE:        09/18/2023

DELIVERED DATE:   09/25/2023

Custom 1: DriverId-6589854

Custom 2: PartyId-44868749

Custom 3: SummonsNum-@00000233738

Custom 4: CentralMailId-111297

Custom 5: Source County-BULLITT

NOT ORIGINAL

10/17/2023 08:17:58

82451-44

MAIL PIECE DELIVERY INFORMATION:

COMCAST CABLE COMMUNICATIONS MGMT., LLC
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:46 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:01 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:29 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 08:00 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

**UNITED STATES**
**POSTAL SERVICE.**

OCUMENT

M

NOT ORIGINAL

10/17/2023 08:14:43

82451-44

Date Produced: 09/25/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5231 85. Our records indicate that this item was delivered on 09/22/2023 at 07:41 a.m. in SANDY, UT 84091. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

AMERICAN EXPRESS NATIONAL BANK
C/O ANY OFFICER
115 W TOWNE RIDGE PKWY
SANDY UT 84070

Customer Reference Number:      C4472196.26734220
Filed          23-CI-00739      09/25/2023        Paulita Keith, Bullitt Circuit Clerk

Filed    23-CI-00739    09/25/2023    Paulita Keith, Bullitt Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER: 42084070923609018403833052318

**NOT ORIGINAL**

MAILING DATE:    09/18/2023

DELIVERED DATE:    09/25/2023

10/17/2023 08:14:43

Custom 1: DriverId-6589854

Custom 2: PartyId-44868744

Custom 3: SummonsNum-@00000233729

Custom 4: CentralMailId-111292

82451-44

Custom 5: Source County-BULLITT

MAIL PIECE DELIVERY INFORMATION:

AMERICAN EXPRESS NATIONAL BANK
C/O ANY OFFICER
115 W TOWNE RIDGE PKWY
SANDY UT 84070

MAIL PIECE TRACKING EVENTS:

| Date | Event | Location |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:47 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:02 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/21/2023 11:05 | PROCESSED THROUGH USPS FACILITY | SALT LAKE CITY UT NETWORK DISTR 84199 |
| 09/22/2023 07:41 | DELIVERED TO AGENT FOR FINAL DELIVERY | SANDY,UT 84091 |
| 09/25/2023 06:24 | DELIVERED (system added) | |

Filed                  09/26/2023          Paulita Keith, Bullitt Circuit Clerk

# UNITED STATES
# POSTAL SERVICE.

DOCUMENT

VI

NOT ORIGINAL

10/17/2023 08:15:38

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5232 91. Our records indicate that this item was delivered on 09/25/2023 at 08:00 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

COMMONWEALTH FINANCIAL SYSTEMS, INC.
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

Customer Reference Number:         C4472196.26734247

USPS MAIL PIECE TRACKING NUMBER: 420406019236090494038330523291

MAILING DATE: 09/18/2023
DELIVERED DATE: 09/25/2023
Custom 1: DriverId-6589854
Custom 2: PartyId-44868750
Custom 3: SummonsNum-@00000233739
Custom 4: CentralMailId-111298
Custom 5: Source County-BULLITT

NOT ORIGINAL

10/17/2023 08:15:38

82451-44

MAIL PIECE DELIVERY INFORMATION:

COMMONWEALTH FINANCIAL SYSTEMS, INC.
C/O CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
|---|---|---|
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:46 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:01 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:29 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 08:00 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

**UNITED STATES**
**POSTAL SERVICE**®

NOT ORIGINAL

10/17/2023 08:13:52

82451-44

Date Produced: 09/22/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5231 92. Our records indicate that this item was delivered on 09/21/2023 at 11:08 a.m. in SPRINGFIELD, IL 62703. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Keeton Means*

**Keeton Means**

Address of Recipient :

*801 Adlai Stevenson DR*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      C4472196.26734266
Filed            23-CI-00739      09/22/2023      Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL

10/17/2023 08:14:05

82451-44

Date Produced: 09/22/2023

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5235 98. Our records indicate that this item was delivered on 09/21/2023 at 09:28 a.m. in INDEPENDENCE, OH 44131. The scanned image of the recipient information is provided below.

Signature of Recipient :

MARLENE Webb
MARLENE Webb

Address of Recipient :

9365 Keynote
Cleveland oh 44131

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     C4472196.26734252
Filed           23-CI-00739      09/22/2023     Paulita Keith, Bullitt Circuit Clerk

**UNITED STATES**
**POSTAL SERVICE.**

NOT ORIGINAL

10/17/2023 08:16:08

82451-44

Date Produced: 09/26/2023

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8330 5234 99. Our records indicate that this item was delivered on 09/25/2023 at 07:55 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

SKOPOS FINANCIAL, LLC
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

NOT ORIGINAL

USPS MAIL PIECE TRACKING NUMBER: 42040601923609019403830523499
MAILING DATE:         09/18/2023
DELIVERED DATE:    09/25/2023
Custom 1: DriverId-6589854
Custom 2: PartyId-44868762
Custom 3: SummonsNum-@00000233753
Custom 4: CentralMailId-111311
Custom 5: Source County-BULLITT

10/17/2023 08:16:08

82451-44

MAIL PIECE DELIVERY INFORMATION:

SKOPOS FINANCIAL, LLC
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT KY 40601

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/18/2023 16:25 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 09/18/2023 18:51 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 09/18/2023 20:45 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 09/18/2023 22:00 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/19/2023 13:55 | PROCESSED THROUGH USPS FACILITY | LEXINGTON KY DISTRIBUTION CENTE 40511 |
| 09/25/2023 05:35 | ARRIVAL AT UNIT | FRANKFORT,KY 40601 |
| 09/25/2023 06:10 | OUT FOR DELIVERY | FRANKFORT,KY 40601 |
| 09/25/2023 07:55 | DELIVERED INDIVIDUAL PICKED UP AT USPS | FRANKFORT,KY 40601 |

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CASE NO. 23-CI-00739
*Electronically Filed*

CHARLES WILLIAM MALCOLM, SR.,

Plaintiff,

v.

AMERICAN EXPRESS NATIONAL BANK, *et al.*

Defendants.

### DEFENDANT CITIBANK, N.A.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Citibank, N.A. ("Citibank"), by and through the undersigned counsel, hereby files this Unopposed Motion for an Extension of Time to File a Response to the Plaintiff Charles William Malcolm, Sr.'s ("Plaintiff") Complaint until and including October 31, 2023, and as grounds therefore states as follows:

1.    Citibank's Response to the Plaintiff's Complaint is currently due on October 10, 2023.

2.    Citibank's counsel and Plaintiff's counsel have had discussions regarding the resolution of this case without further litigation.

3.    Citibank and Plaintiff require additional time to discuss extrajudicial resolution of this matter.

4.    As such, Citibank's counsel contacted Plaintiff's counsel to discuss the possibility of an extension up to and including October 31, 2023.

5.    Citibank desires an extension of time so that it may discuss potential resolution with Plaintiff's counsel.

6.     Plaintiff's counsel advised that he consented to and has no objection to an extension of time for Citibank to respond to the Complaint up to and including October 31, 2023.

7.     This proposed extension is in the interest of judicial economy because it will allow Plaintiff and Citibank to have further discussions regarding the potential resolution of this matter.

WHEREFORE, Defendant Citibank, N.A. respectfully requests that this Court grant its Unopposed Motion for an Extension of Time to serve a Response to this Complaint until and including October 31, 2023. A tendered Order is submitted herewith.

Respectfully submitted,

/s/ Philip E. Cecil
Philip E. Cecil
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300 (Phone)
(502) 585-2207 (Fax)
philip.cecil@dinsmore.com
*Counsel for Defendant Citibank, N.A.*

645C473E-C755-4FA1-A62E-FBDDF5145EF5 : 000002 of 000005

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via the Court's e-filing system on this 10th day of October 2023, and/or by U.S. mail, postage prepaid, on the 11th day of October 2023, upon the following:

| | |
|---|---|
| James Hays Lawson, KBA 86930<br>Lawson at Law, PLLC<br>P.O. Box 1286<br>Shelbyville, KY 40066<br>*Counsel for Plaintiff*<br>*Charles William Malcom, Sr.* | James R. McKenzie, KBA 81957<br>James R. McKenzie Attorney, PLLC<br>115 S. Sherrin Avenue, Suite 5<br>Louisville, KY 40207 |
| American Express National Bank<br>115 West Towne Ridge Pkwy<br>Sandy, UT 84070 | Avant, LLC<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261 |
| Bread Financial Holdings, Inc.<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Carvana, LLC<br>421 West Main Street<br>Frankfort, Ky 40601 |
| Comcast Cable Communications<br>Management, LLC<br>306 West Main Street, Suite 512<br>Frankfort, KY 40601 | Commonwealth Financial Systems, Inc.<br>306 West Main Street, Suite 512<br>Frankfort, KY 40601 |
| Continental Finance Company, LLC<br>Attn: Lamiaa E. Elfar<br>4550 New Linden Hill Road, Suite 400<br>Wilmington, DE 19808 | Credit One Bank, N.A.<br>6801 S. Cimarron Road<br>Los Vegas, NV 89113 |
| Happy Money, Inc.<br>Paracorp Incorporated<br>828 Lane Allen Road, Suite 219<br>Lexington, KY 40504 | LendingClub Corporation<br>Corporation Service Company<br>421 West Main Street<br>Frankfort, KY 40601 |
| Lendingpoint, LLC<br>CT Corporation System<br>306 W. Main Street, Suite 512<br>Frankfort, KY 40601 | Marlette Funding, LLC<br>CT Corporation System<br>306 W. Main Street. Suite 512<br>Frankfort, KY 40601 |
| 700 Credit, LLC<br>Corporate Creations Network Inc.<br>101 North Seventh Street<br>Louisville, KY 40202 | KIGHTLINGER & GRAY, LLP<br>William E. Smith, III<br>Bonterra Building, Suite 200<br>3620 Blackiston Boulevard<br>New Albany, IN 47150<br>*Counsel for Defendant,*<br>*Mariner Finance LLC* |
| New Day Financial, LLC<br>Registered Agent Solutions, Inc.<br>828 Lane Allen Road, Suite 219<br>Lexington, KY 40504 | OneMain Financial Group, LLC<br>CT Corporation System<br>306 West Main Street, Suite 512<br>Frankfort, KY 40601 |
| Prosper Marketplace, Inc. | Quinstreet, Inc. |

| | |
|---|---|
| Corporation Service Company<br>421 West Main Street<br>Frankfort, KY 40601 | Corporation Service Company<br>421 West Main Street<br>Frankfort, KY 40601 |
| Skopos Financial, LLC<br>*d/b/a* Reprise Financial<br>Corporation Service Company<br>421 West Main Street<br>Frankfort, KY 40601 | South River Mortgage, LLC<br>Attn: Stephanie Pyron<br>1750 Forest Drive, Suite 195<br>Annapolis, MD 21401 |
| The Bank of Missouri<br>Attn: Any Officer<br>916 N. Kings Highway<br>Perryville, MO 63775 | United Collection Bureau, Inc.<br>Corporation Service Company<br>421 West Main Street<br>Frankfort, KY 40601 |
| Upgrade, Inc.<br>CT Corporation System<br>306 West Main Street, Suite 512<br>Frankfort, KY 40601 | Upstart Network, Inc.<br>Corporation Service Company<br>421 West Main Street<br>Frankfort, KY 40601 |
| WebBank<br>Attn: Any Officer<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111 | Weltman, Weinberg & Reis Co., L.P.A.<br>Attn: Eileen M. Bitterman<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131 |
| Zip Co US, Inc.<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | |

/s/ Philip E. Cecil
*Counsel for Defendant Citibank, N.A.*

4

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CASE NO. 23-CI-00739
*Electronically Filed*

CHARLES WILLIAM MALCOLM, SR.,

Plaintiff,

v.

AMERICAN EXPRESS NATIONAL BANK, *et al.*

Defendants.

## ORDER

Defendant Citibank, N.A. ("Citibank") having moved for an enlargement of time to file its Response to Plaintiff's Complaint, Plaintiff having no objection, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Citibank's Response is due on October 31, 2023.

BULLITT CIRCUIT COURT

Filed          23-CI-00739    10/09/2023    Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL

OCUMENT

VI

10/17/2023 08:19:10

Commonwealth of Kentucky
Bullitt Circuit Court
Case No. 23-CI-00739
*Filed Electronically*

82451-44

Charles William Malcolm, Sr.                                    PLAINTIFF

v.

American Express National Bank *et al.*                    DEFENDANTS

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT SOUTH RIVER MORTGAGE, LLC

Pursuant to CR 41.01(1) Plaintiff Charles William Malcolm, Sr. hereby gives notice that he is dismissing with prejudice his claims against Defendant South River Mortgage, LLC in this action. The parties shall each bear their own costs and fees. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@lawsonatlaw.com
*Counsel for Plaintiff*
*Charles William Malcolm, Sr.*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:    (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Charles William Malcolm, Sr.*

Filed 23-CI-00739 10/09/2023 Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL DOCUMENT

10/17/2023 08:19:10

82451-44

## CERTIFICATE OF SERVICE

This is to certify that I served the foregoing upon the following parties via regular U.S. Mail, postage prepaid, this 10th day of October, 2023:

South River Mortgage, LLC
c/o Stephanie Pyron
1750 Forest Drive, Suite 195
Annapolis, MD 21401

William E. Smith, III
*Kightlinger & Gray, LLP*
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
*Counsel for Defendant
Mariner Finance, LLC*

American Express National Bank
c/o Any Officer
115 West Towne Ridge Parkway
Sandy, UT 84070

Avant, LLC
c/o Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Bread Financial Holdings, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Carvana, LLC
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

Citibank, N.A.
c/o Any Officer
5800 South Corporate Place
Sioux Falls, SD 57108

Comcast Cable Communications
    Management, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

Commonwealth Financial Systems, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

Continental Finance Company, LLC
c/o Lamiaa E. Elfar
4550 New Linden Hill Road, Suite 400
Wilmington DE 19808

Credit One Bank, N.A.
c/o Any Officer
6801 S. Cimarron Road
Las Vegas, NV 89113

Happy Money, Inc.
c/o Paracorp Incorporated
828 Lane Allen Road, Suite 219
Lexington, KY 40504

LendingClub Corporation
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

Lendingpoint, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

NOT ORIGINAL

10/17/2023 08:19:10

Marlette Funding, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

New Day Financial, LLC
c/o Registered Agent Solutions, Inc.
828 Lane Allen Road, Suite 219
Lexington, KY 40504

OneMain Financial Group, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

Prosper Marketplace, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

Quinstreet, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

Skopos Financial, LLC
*d/b/a* Reprise Financial
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

The Bank of Missouri
c/o Any Officer
916 N. Kings Highway
Perryville, MO 63775

United Collection Bureau, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

Upgrade, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

Upstart Network, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

WebBank
c/o Any Officer
215 South State Street, Suite 1000
Salt Lake City, UT 84111

Weltman, Weinberg & Reis Co., L.P.A.
c/o Eileen M. Bitterman
965 Keynote Circle
Brooklyn Heights, OH 44131

Zip Co US, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

700 Credit, LLC
c/o Corporate Creations Network Inc.
101 North Seventh Street
Louisville, KY 40202

/s/ James H. Lawson
James H. Lawson
*Counsel for Plaintiff*
*Charles William Malcolm, Sr.*

Filed          23-CI-00739      09/27/2023          Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL

10/17/2023 08:18:5?

OCUMENT

M

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00739
HON. RODNEY BURRESS

82451-44

CHARLES WILLIAM MALCOLM, SR.                                    PLAINTIFF

vs.

AMERICAN EXPRESS NATIONAL BANK,                               DEFENDANTS
et al.,

### ENTRY OF APPEARANCE

Comes now William E. Smith, III of the law firm of Kightlinger & Gray, LLP and enters

his Appearance on behalf of the Defendant, Mariner Finance, LLC, in the above-captioned

matter. This entry is filed to initiate the electronic filing procedures.

Respectfully submitted,
KIGHTLINGER & GRAY, LLP

By:    /s/ William E. Smith, III
       William E. Smith, III, Atty. #66050
       *Counsel for Defendant,*
       *Mariner Finance, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on **September 27, 2023**, a copy of the foregoing Appearance was

served either electronically or by First-Class Mail, postage prepaid, on the counsel listed below

and was electronically filed through the Court's E-file system.

James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
james@lawsonatlaw.com
*Counsel for Plaintiff*

        /s/ William E. Smith, III
        William E. Smith, III

NOT ORIGINAL

10/17/2023 08:18:58

OCUMENT

M

82451-44

KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
(812) 949-2300
Fax: (812) 949-8556
wsmith@k-glaw.com

777777\63219772-1

Filed          23-CI-00739    10/12/2023          Paulita Keith, Bullitt Circuit Clerk

DOCUMENT

VI

NOT ORIGINAL

10/17/2023 08:21:11

**COMMONWEALTH OF KENTUCKY**
**BULLITT CIRCUIT COURT**
*Electronically Filed*

82451-44

| | | |
|---|---|---|
| **CHARLES WILLIAM MALCOLM, SR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 23-CI-00739** |
| | § | |
| **AMERICAN EXPRESS NATIONAL** | § | |
| **BANK, AVANT,** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT, COMMONWEALTH FINANCIAL SYSTEMS, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Commonwealth Financial Systems, Inc. (CFSI), through counsel and pursuant to the Kentucky Rules of Civil Procedure, hereby requests this Court enter an Order granting CFSI a twenty-one (21) day extension of time to respond to the Complaint filed by Plaintiff, Charles William Malcolm, Sr. (Plaintiff) and states:

1.      Plaintiff served CFSI with a Summons and a copy of his Complaint on September 25, 2023, and the current deadline for CFSI to file responsive pleadings to the Complaint is October 16, 2023. There has been no prior extension requested or granted.

2.      CFSI is still in the process of identifying relevant information and documents, reviewing the matter, evaluating it for possible early resolution, and preparing a response. CFSI requests this brief extension so that it has additional time to complete its initial investigation and properly respond to the Complaint.

NOT ORIGINAL
DOCUMENT
10/17/2023 08:21:11

3.     CFSI's counsel has conferred with Plaintiff's counsel, James H. Lawson, who has indicated Plaintiff does not oppose a twenty-one (21) day extension of time, or until **November 6, 2023**, for CFSI to respond to the Complaint.

4.     This extension is being requested so that justice can be done and not in any way for the purpose of delay. Granting the relief sought in this motion would not prejudice any party and will save time and costs of the Court and the parties.

WHEREFORE, Defendant, Commonwealth Financial Systems, Inc., respectfully requests the Court to grant this Unopposed Motion for Extension of Time to File a Response to the Complaint, and any such other further relief that this Court deems just and proper.

Respectfully Submitted,

*/s/ Danielle J. Lewis*
Danielle J. Lewis (KBA No. 93802)
Reminger Co., LPA
730 West Main Street, Suite 300
Louisville, KY 40202
Telephone: (502) 625-7308
Facsimile: (502) 589-5436
Email: dlewis@reminger.com

*Attorney for Defendant,*
*Commonwealth Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court, Commonwealth of Kentucky, Bullitt Circuit Court, which provided a copy to all counsel of record.

*/s/ Danielle J. Lewis*
Danielle J. Lewis

NOT ORIGINAL

10/17/2023 08:21:29

**COMMONWEALTH OF KENTUCKY**
**BULLITT CIRCUIT COURT**
*Electronically Filed*

82451-44

| | | |
|---|---|---|
| CHARLES WILLIAM MALCOLM, SR., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 23-CI-00739 |
| | § | |
| AMERICAN EXPRESS NATIONAL | § | |
| BANK, AVANT, *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT, COMMONWEALTH FINANCIAL**
**SYSTEMS, INC.'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

After considering Defendant, Commonwealth Financial Systems, Inc.'s,

Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion"),

the Court hereby GRANTS the Motion.

IT IS ORDERED that Defendant, Commonwealth Financial Systems, Inc., shall

have until November 6, 2023 to respond to the Complaint.

Dated: _____

_____
Hon. Rodney Burress
Judge, Bullitt Circuit Court

Tendered   23-CI-00739   10/11/2023   Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL
DOCUMENT

CIVIL ACTION NO.: 23-CI-00739

BULLITT CIRCUIT COURT
10/17/2023 08:19:54
DIVISION ONE (1)
HON. RODNEY BURRESS
82451-44

CHARLES WILLIAM MALCOLM, SR.                    PLAINTIFF

vs.                          *Electronically Filed*

AMERICAN EXPRESS NATIONAL BANK, et al.          DEFENDANTS

## AGREED ORDER REGARDING EXTENSION TO FILE RESPONSE TO COMPLAINT

***** ***** *****

By agreement of the parties, Plaintiff, Charles William Malcolm, Sr. ("Plaintiff") and

Defendants, Avant, LLC ("Avant") and WebBank (collectively the "Parties"), it is hereby ordered

that the Parties shall until November 10, 2023, to file their response to Plaintiff's Complaint.

_____
JUDGE, BULLITT CIRCUIT COURT
DIVISION ONE

NOT ORIGINAL

OCUMENT

*Have seen and agreed to:*

10/17/2023 08:19:54

VI

82451-44

  *s/ Matt P. Dearmond*
Matt P. Dearmond
GRAY ICE HIGDON, PLLC
3939 Shelbyville Road, Ste. 201
Louisville, Kentucky 40207
(502) 625-2846
*Counsel for Defendants, Avant, LLC and WebBank*


*/s/ James H. Lawson (w/permission)*
James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky  40207
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky  40207
james@kyconsumerlaw.com
*Counsel for Plaintiff*

NOT ORIGINAL

10/17/2023 08:19:54

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the clerk of the Court using the KJOC eFiling system in effect on this the 11th day of October, 2020, and that said system will provide a copy of same to all persons registered to receive service in this case. It is further certified that a true and accurate copy of same was served via electronic mail on the following:

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*


James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
james@kyconsumerlaw.com
*Counsel for Plaintiff*


       *s/Matt P. Dearmond*       
*Counsel for Defendants, Avant, LLC and WebBank*

NOT ORIGINAL

10/17/2023 08:20:09

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
DIVISION 1
CASE NO. 23-CI-00739
*Filed Electronically*

82451-44

CHARLES WILLIAM MALCOLM, SR.                              Plaintiff,

v.

AMERICAN EXPRESS NATIONAL
BANK, ET AL.                                             Defendants.

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. Scott Norman of the law firm Gordon Rees Scully Mansukhani, LLP, enters his appearance as counsel in the above-captioned case on behalf of the Defendant, Upgrade, Inc. It is respectfully requested that he be added to the service list of this action and that copies of all pleadings and notices pertaining to the above-entitled matter be sent electronically to R. Scott Norman, Gordon Rees Scully Mansukhani, 325 W. Main Street, Suite 2300, Louisville, Kentucky 40202, Telephone: 502-371-1256, Email: snorman@grsm.com.

Respectfully submitted,

*/s/ R. Scott Norman*
Gordon Rees Scully Mansukhani LLP
325 W. Main Street, Suite 2300
Louisville, KY 40202
Email: rsnorman@grsm.com
Telephone: (502) 371-1256
Facsimile: (502) 804-4630
*Attorney for Defendant Upgrade, Inc.*

1

NOT ORIGINAL

10/17/2023 08:20:09

## CERTIFICATE OF SERVICE

82451-44

I hereby certify that on October 12, 2023, the foregoing document was electronically filed with the Clerk of Court using the Court's electronic filing system, which will send notification of such filing to the following counsel of record.

/s/ James H. Lawson
James H. Lawson (*by R. Scott Norman with express permission*)
LAWSON AT LAW, PLLC
PO Box 1286
Shelbyville, Kentucky 40066
T: (502) 473-6525
james@lawsonatlaw.com
*Counsel for Plaintiff, Charles William Malcom, Sr.*

/s/ James R. McKenzie
James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
T: (502) 371-2179
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff, Charles William Malcom, Sr.*

/s/R. Scott Norman
R. Scott Norman

2

Filed          23-CI-00739    10/12/2023    Paulita Keith, Bullitt Circuit Clerk

OCUMENT

VI

NOT ORIGINAL

10/17/2023 08:20:21

**COMMONWEALTH OF KENTUCKY**
**BULLITT CIRCUIT COURT**
**DIVISION 1**
**CASE NO. 23-CI-00739**
*Electronically Filed*

82451-44

CHARLES WILLIAM MALCOLM, SR.                          Plaintiff,

v.

AMERICAN EXPRESS NATIONAL
BANK, ET AL.                                        Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Erika Fisher of the law firm Gordon Rees Scully

Mansukhani, LLP, enters her appearance as counsel in the above-captioned case on behalf of the

Defendant, Upgrade, Inc. It is respectfully requested that she be added to the service list of this

action and that copies of all pleadings and notices pertaining to the above-entitled matter be sent

electronically to Erika Fisher, Gordon Rees Scully Mansukhani, 325 W. Main Street, Suite 2300,

Louisville, Kentucky 40202, Telephone: 502-371-1268, Email: efisher@grsm.com.

Respectfully submitted,

*/s/ Erika Fisher*
Gordon Rees Scully Mansukhani LLP
325 W. Main Street, Suite 2300
Louisville, KY 40202
Email: efisher@grsm.com
Telephone: (502) 371-1268
Facsimile: (502) 804-4630
*Attorney for Defendant Upgrade, Inc.*

1

NOT ORIGINAL

10/17/2023 08:20:21

82451-44

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2023, the foregoing document was electronically filed with the Clerk of Court using the Court's electronic filing system, which will send notification of such filing to the following counsel of record:

/s/ James H. Lawson
James H. Lawson (*by R. Scott Norman with express permission*)
LAWSON AT LAW, PLLC
PO Box 1286
Shelbyville, Kentucky 40066
T: (502) 473-6525
james@lawsonatlaw.com
*Counsel for Plaintiff, Charles William Malcom, Sr.*

/s/ James R. McKenzie
James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
T: (502) 371-2179
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff, Charles William Malcom, Sr.*

/s/ Erika Fisher
Erika Fisher

2

NOT ORIGINAL

*ELECTRONICALLY FILED*

10/17/2023 08:20:5?

**COMMONWEALTH OF KENTUCKY**
**BULLITT CIRCUIT COURT**
**FIRST DIVISION**
**CASE NO. 23-CI-00739**

82451-44

**CHARLES WILLIAM MALCOLM, SR.**                                    **PLAINTIFF**

v.

**AMERICAN EXPRESS NATIONAL BANK,** *et al.*                **DEFENDANTS.**

---

### NOTICE OF APPEARANCE OF COUNSEL

---

Nicholas J. Pieczonka of Taft Stettinius & Hollister LLP hereby gives notice of his appearance as counsel for Defendant QuinStreet, Inc., in the above-referenced action.

Respectfully submitted,

*/s/ Nicholas J. Pieczonka*
Nicholas J. Pieczonka (94130)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 357-9603
Fax: (513) 381-0205
npieczonka@taftlaw.com

*Attorney for Defendant QuinStreet, Inc.*

NOT ORIGINAL

10/17/2023 08:20:58

82451-44

# CERTIFICATE OF SERVICE

I, hereby certify that a true and accurate copy of the foregoing was served this 13th day of

October, 2023 upon the following by email or regular mail, pursuant to CR 5.02:

**BY EMAIL**
James H. Lawson
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066
james@lawsonatlaw.com

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
jmckenzie@jmckenzielaw.com

*Attorneys for Plaintiff Charles William Malcolm, Sr.*

**BY EMAIL**
William E. Smith, III
Kightlinger & Gray, LLP
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
wsmith@k-glaw.com

*Attorney for Defendant Mariner Finance, LLC*

**BY EMAIL**
Philip E. Cecil
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
philip.cecil@dinsmore.com

*Attorney for Defendant Citibank, N.A.*

**BY EMAIL**
Matt P. Dearmond
Gray Ice Higdon, PLLC
3939 Shelbyville Road, Suite 201
Louisville, KY 40207
MDearmond@GrayIce.com

*Attorney for Defendants Avant, LLC and WebBank*

**BY REGULAR MAIL**
Carvana, LLC
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Bread Financial Holdings, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Defendant*

**BY REGULAR MAIL**
American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070

*Defendant*

2

NOT ORIGINAL

10/17/2023 08:20:58

**BY REGULAR MAIL**
Comcast Cable Communications
Management, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Continental Finance Company, LLC
c/o Lamiaa E. Elfar
4550 New Linden Hill Road, Suite 400
Wilmington, DE 19808

*Defendant*

**BY REGULAR MAIL**
Happy Money, Inc.
c/o Paracorp Incorporated
828 Lane Allen Road, Suite 219
Lexington, KY 40504

*Defendant*

**BY REGULAR MAIL**
Lendingpoint, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
New Day Financial, LLC
c/o Registered Agent Solutions, Inc.
828 Lane Allen Road, Suite 219
Lexington, KY 40504

*Defendant*

**BY REGULAR MAIL**
Commonwealth Financial Systems, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Credit One Bank, N.A.
6801 S. Cimarron Road
Las Vegas, NV 89113

*Defendant*

**BY REGULAR MAIL**
LendingClub Corporation
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Marlette Funding, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULR MAIL**
OneMain Financial Group, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

3

NOT ORIGINAL

10/17/2023 08:20:58

**BY REGULAR MAIL**
Prosper Marketplace, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
The Bank of Missouri
916 N. Kings Highway
Perryville, MO 63775

*Defendant*

**BY REGULAR MAIL**
Upgrade, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
700 Credit, LLC
c/o Corporate Creations Network Inc.
101 North Seventh Street
Louisville, KY 40202

*Defendant*

**BY REGULAR MAIL**
Zip Co US, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Defendant*

**BY REGULAR MAIL**
Skopos Financial, LLC dba Reprise Financial
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
United Collection Bureau, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Upstart Network, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Weltman, Weinberg & Reis Co., L.P.A.
c/o Eileen M. Bitterman
965 Keynote Circle
Brooklyn Heights, OH 44131

*Defendant*

*/s/ Nicholas J. Pieczonka*

4

NOT ORIGINAL

10/17/2023 08:22:49

82451-44

*ELECTRONICALLY FILED*

**COMMONWEALTH OF KENTUCKY**
**BULLITT CIRCUIT COURT**
**FIRST DIVISION**
**CASE NO. 23-CI-00739**

**CHARLES WILLIAM MALCOLM, SR.**                                   **PLAINTIFF**

v.

**AMERICAN EXPRESS NATIONAL BANK,** *et al.*                 **DEFENDANTS.**

---

### STIPULATION EXTENDING TIME FOR DEFENDANT QUINSTREET, INC. TO RESPOND TO THE COMPLAINT

---

Plaintiff Charles William Malcom, Sr. ("Mr. Malcolm") and Defendant QuinStreet, Inc. ("QuinStreet") agree and stipulate that QuinStreet shall have a thirty (30) day extension of time, up to and including November 15, 2023, within which to move, answer, or otherwise respond to Mr. Malcolm's Complaint.

Respectfully submitted,

*/s/ Nicholas J. Pieczonka*
Nicholas J. Pieczonka (94130)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 357-9603
Fax: (513) 381-0205
npieczonka@taftlaw.com

*Attorney for Defendant QuinStreet, Inc.*

*/s/ James H. Lawson (by NJP per email auth.)*
James H. Lawson (86930)
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066
james@lawsonatlaw.com

James R. McKenzie (81957)
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
jmckenzie@jmckenzielaw.com

*Attorneys for Plaintiff Charles William Malcolm, Sr.*

NOT ORIGINAL

10/17/2023 08:22:49

82451-44

OCUMENT

VI

## CERTIFICATE OF SERVICE

I, hereby certify that a true and accurate copy of the foregoing was served this 13th day of

October, 2023 upon the following by email or regular mail, pursuant to CR 5.02:

**BY EMAIL**
James H. Lawson
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066
james@lawsonatlaw.com

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
jmckenzie@jmckenzielaw.com

*Attorneys for Plaintiff Charles William
Malcolm, Sr.*

**BY EMAIL**
William E. Smith, III
Kightlinger & Gray, LLP
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
wsmith@k-glaw.com

*Attorney for Defendant Mariner Finance,
LLC*

**BY EMAIL**
Philip E. Cecil
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
philip.cecil@dinsmore.com

*Attorney for Defendant Citibank, N.A.*

**BY EMAIL**
Matt P. Dearmond
Gray Ice Higdon, PLLC
3939 Shelbyville Road, Suite 201
Louisville, KY 40207
MDearmond@GrayIce.com

*Attorney for Defendants Avant, LLC and
WebBank*

**BY REGULAR MAIL**
Carvana, LLC
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Bread Financial Holdings, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Defendant*

**BY REGULAR MAIL**
American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070

*Defendant*

2

**NOT ORIGINAL**

10/17/2023 08:22:49

82451-44

**BY REGULAR MAIL**
Comcast Cable Communications
Management, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Commonwealth Financial Systems, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Continental Finance Company, LLC
c/o Lamiaa E. Elfar
4550 New Linden Hill Road, Suite 400
Wilmington, DE 19808

*Defendant*

**BY REGULAR MAIL**
Credit One Bank, N.A.
6801 S. Cimarron Road
Las Vegas, NV 89113

*Defendant*

**BY REGULAR MAIL**
Happy Money, Inc.
c/o Paracorp Incorporated
828 Lane Allen Road, Suite 219
Lexington, KY 40504

*Defendant*

**BY REGULAR MAIL**
LendingClub Corporation
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Lendingpoint, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Marlette Funding, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
New Day Financial, LLC
c/o Registered Agent Solutions, Inc.
828 Lane Allen Road, Suite 219
Lexington, KY 40504

*Defendant*

**BY REGULR MAIL**
OneMain Financial Group, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

Filed          23-CI-00739     10/13/2023          Paulita Keith, Bullitt Circuit Clerk

DOCUMENT

VI

**BY REGULAR MAIL**
Prosper Marketplace, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
The Bank of Missouri
916 N. Kings Highway
Perryville, MO 63775

*Defendant*

**BY REGULAR MAIL**
Upgrade, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
700 Credit, LLC
c/o Corporate Creations Network Inc.
101 North Seventh Street
Louisville, KY 40202

*Defendant*

**BY REGULAR MAIL**
Zip Co US, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Defendant*

**BY REGULAR MAIL**
Skopos Financial, LLC dba Reprise Financial
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
United Collection Bureau, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Upstart Network, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Weltman, Weinberg & Reis Co., L.P.A.
c/o Eileen M. Bitterman
965 Keynote Circle
Brooklyn Heights, OH 44131

*Defendant*

82451-44

*/s/ Nicholas J. Pieczonka*

OCUMENT

M

NOT ORIGINAL

10/17/2023 08:08:0(

*ELECTRONICALLY FILED*

82451-44

**COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
FIRST DIVISION
CASE NO. 23-CI-00739**

**CHARLES WILLIAM MALCOLM, SR.**                     **PLAINTIFF**

v.

**AMERICAN EXPRESS NATIONAL BANK,** *et al.*          **DEFENDANTS.**

---

**NOTICE OF ELECTION OF ELECTRONIC SERVICE**

---

Defendant QuinStreet, Inc. ("QuinStreet") hereby gives notice that QuinStreet's counsel

elects to effectuate and receive service of documents by electronic means. The undersigned counsel

agrees to accept electronic service at the following addresses:

>  npieczonka@taftlaw.com
>  lsutton@taftlaw.com
>  sknadler@taftlaw.com
>  docket@taftlaw.com

Respectfully submitted,

*/s/ Nicholas J. Pieczonka*
Nicholas J. Pieczonka (94130)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 357-9603
Fax: (513) 381-0205
npieczonka@taftlaw.com

*Attorney for Defendant QuinStreet, Inc.*

NOT ORIGINAL

10/17/2023 08:08:00

## CERTIFICATE OF SERVICE

I, hereby certify that a true and accurate copy of the foregoing was served this 13th day of

82451-44

October, 2023 upon the following by email or regular mail, pursuant to CR 5.02:

**BY EMAIL**
James H. Lawson
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066
james@lawsonatlaw.com

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
jmckenzie@jmckenzielaw.com

*Attorneys for Plaintiff Charles William Malcolm, Sr.*

**BY EMAIL**
Matt P. Dearmond
Gray Ice Higdon, PLLC
3939 Shelbyville Road, Suite 201
Louisville, KY 40207
MDearmond@GrayIce.com

*Attorney for Defendants Avant, LLC and WebBank*

**BY REGULAR MAIL**
Carvana, LLC
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY EMAIL**
William E. Smith, III
Kightlinger & Gray, LLP
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
wsmith@k-glaw.com

*Attorney for Defendant Mariner Finance, LLC*

**BY EMAIL**
Philip E. Cecil
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
philip.cecil@dinsmore.com

*Attorney for Defendant Citibank, N.A.*

**BY REGULAR MAIL**
Bread Financial Holdings, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Defendant*

**BY REGULAR MAIL**
American Express National Bank
115 West Towne Ridge Parkway
Sandy, UT 84070

*Defendant*

2

NOT ORIGINAL

10/17/2023 08:08:00

DOCUMENT

VI

82451-44

**BY REGULAR MAIL**
Comcast Cable Communications
Management, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Commonwealth Financial Systems, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Continental Finance Company, LLC
c/o Lamiaa E. Elfar
4550 New Linden Hill Road, Suite 400
Wilmington, DE 19808

*Defendant*

**BY REGULAR MAIL**
Credit One Bank, N.A.
6801 S. Cimarron Road
Las Vegas, NV 89113

*Defendant*

**BY REGULAR MAIL**
Happy Money, Inc.
c/o Paracorp Incorporated
828 Lane Allen Road, Suite 219
Lexington, KY 40504

*Defendant*

**BY REGULAR MAIL**
LendingClub Corporation
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Lendingpoint, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Marlette Funding, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
New Day Financial, LLC
c/o Registered Agent Solutions, Inc.
828 Lane Allen Road, Suite 219
Lexington, KY 40504

*Defendant*

**BY REGULR MAIL**
OneMain Financial Group, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

3

NOT ORIGINAL

10/17/2023 08:08:06

OCUMENT

M

**BY REGULAR MAIL**
Prosper Marketplace, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
The Bank of Missouri
916 N. Kings Highway
Perryville, MO 63775

*Defendant*

**BY REGULAR MAIL**
Upgrade, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
700 Credit, LLC
c/o Corporate Creations Network Inc.
101 North Seventh Street
Louisville, KY 40202

*Defendant*

**BY REGULAR MAIL**
Zip Co US, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Defendant*

**BY REGULAR MAIL**
Skopos Financial, LLC dba Reprise Financial
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

82451-44

*Defendant*

**BY REGULAR MAIL**
United Collection Bureau, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Upstart Network, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

*Defendant*

**BY REGULAR MAIL**
Weltman, Weinberg & Reis Co., L.P.A.
c/o Eileen M. Bitterman
965 Keynote Circle
Brooklyn Heights, OH 44131

*Defendant*

*/s/ Nicholas J. Pieczonka*

Tendered        23-CI-00739   10/13/2023        Paulita Keith, Bullitt Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

10/18/2023 12:12:17

82451-44

**COMMONWEALTH OF KENTUCKY**
**BULLITT CIRCUIT COURT**
**DIVISION 1**
**CASE NO. 23-CI-00739**
*Electronically Filed*

CHARLES WILLIAM MALCOLM, SR.                           Plaintiff,

v.

AMERICAN EXPRESS NATIONAL
BANK, ET AL.                                          Defendants.

**AGREED ORDER TO EXTEND THE TIME FOR DEFENDANT AMERICAN EXPRESS**
**NATIONAL BANK, ET AL TO FILE ITS RESPONSIVE PLEADING TO**
**PLAINTIFF'S COMPLAINT**

By agreement of Plaintiff, Charles William Malcolm, Sr., and Defendant, Upgrade, Inc.,

the Parties hereby move the Court to extend Upgrade Inc.'s deadline to plead, move, or otherwise

respond to Plaintiff's Complaint for an additional fourteen (14) days, up to and including October

30, 2023. This is Upgrade Inc.'s first request for an extension of time to file its responsive pleading

in this case.

This matter having come before the Court on the Agreed Order to Extend the Time for

Defendant, Upgrade, Inc., to File its Responsive Pleading to Plaintiff's Complaint, jointly

submitted by Plaintiff, Charles William Malcom, Sr., and Defendant, Upgrade Inc., and the Court

having considered the contents of the Agreed Order,

IT IS HEREBY ORDERED and ADJUDGED that Upgrade Inc.'s time to plead, move, or

otherwise respond to the Plaintiff's Complaint is hereby extended up to and including **October 30,**

**2023**.

SO ORDERED, this ___ day of _____, 2023.

_____Judge

Tendered        23-CI-00739    10/13/2023        Paulita Keith, Bullitt Circuit Clerk

TD : 000001 of 000003

Tendered          23-CI-00739          10/13/2023          Paulita Keith, Bullitt Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

10/18/2023 12:12:17

TENDERED BY:

/s/R. Scott Norman
R. Scott Norman
Erika Fisher
GORDON REES SCULLY MANSUKHANI LLP
Waterfront Plaza, Suite 2300
325 W. Main Street
Louisville, Kentucky 40202
T: (502) 371-1256
snorman@grsm.com
efisher@grsm.com
*Attorneys for Defendant, Upgrade Inc.*

HAVE SEEN AND AGREED:          82451-44

/s/ James H. Lawson
James H. Lawson *(by R. Scott Norman
with express permission)*
LAWSON AT LAW, PLLC
PO Box 1286
Shelbyville, Kentucky 40066
T: (502) 473-6525
james@lawsonatlaw.com
*Counsel for Plaintiff, Charles William
Malcom, Sr.*

/s/ James R. McKenzie
James R. McKenzie *(by R. Scott Norman
with express permission)*
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, Kentucky 40207
T: (502) 371-2179
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff, Charles William
Malcom, Sr.*

Tendered        23-CI-00739    10/13/2023        Paulita Keith, Bullitt Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

10/18/2023 12:12:17

82451-44

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2023, a true and correct copy of the foregoing was served upon all parties to this action via the Court's ECF/CM electronic filing system, which will provide a copy to all parties of record.

/s/R. Scott Norman
R. Scott Norman

1328548/82488518v.7

TD : 000003 of 000003

DOCUMENT

AM

**NOT ORIGINAL**

10/18/2023 09:33:01

82451-44

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00739
*(ELECTRONICALLY FILED)*

| | |
|---|---|
| Charles William Malcom, Sr. | : |
| Plaintiff, | : |
| | : |
| LendingPoint, LLC, et al. | : |
| Defendants. | : |

### AGREED ORDER EXTENDING TIME FOR DEFENDANT LENDINGPOINT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

Upon agreement of Defendant LendingPoint, LLC ("LendingPoint"), by and through its undersigned counsel, and Plaintiff Charles William Malcom, Sr. ("Mr. Malcolm"), by and through its undersigned counsel, pursuant to Uniform Local Civil Rule 5(B), and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that:

LendingPoint shall have up to and including November 15, 2023, within which to file its responsive pleading to Mr. Malcolm's Complaint.

ENTER:

_____
Judge, Bullitt Circuit Court

**PREPARED BY:**

/s/ Jonathan M. Kenney
Jonathan M. Kenney, Esq.
Kentucky Bar No. 95661

TD : 000001 of 000004

Tendered        23-CI-00739    10/16/2023        Paulita Keith, Bullitt Circuit Clerk

DOCUMENT                                                          NOT ORIGINAL

AM          Troutman Pepper Hamilton Sanders LLP              10/18/2023 09:33:01
            222 Central Park Avenue, Suite 2000
            Virginia Beach, Virginia 23462                    82451-44
            Telephone: (757) 687-7529
            Facsimile: (757) 687-7510
            E-mail: jon.kenney@troutmansanders.com
            *Counsel for Defendant LendingPoint, LLC*

        **SEEN AND AGREED:**

        /s/ *James H. Lawson*
        James H. Lawson
        Lawson at Law, PLLC
        P.O. Box 1286
        Shelbyville, KY 40066
        Telephone: (502) 473-6525
        Fax: (502) 473-6561
        james@lawsonatlaw.com

        James R. McKenzie, KBA
        James R. McKenzie Attorney, PLLC
        115 S. Sherrin Ave., Ste. 5
        Louisville, KY 40207
        Telephone: (502) 371-2179
        Fax: (502) 257-7309
        jmckenzie@jmckenzielaw.com

        *Counsel for Plaintiff*

TD : 000002 of 000004

Tendered          23-CI-00739    10/16/2023          Paulita Keith, Bullitt Circuit Clerk

**DOCUMENT**

**AM**

NOT ORIGINAL

10/18/2023 09:33:01

82451-44

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00739
(*ELECTRONICALLY FILED*)

|  |  |
|---|---|
| Charles William Malcom, Sr. | : |
| Plaintiff, | : |
|  | : |
| LendingPoint, LLC, et al. | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2023, a true and correct copy of the foregoing was electronically filed with the clerk of Court and sent to the following via U.S. MAIL:

James H. Lawson
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066
Telephone: (502) 473-6525
Fax: (502) 473-6561
james@lawsonatlaw.com

James R. McKenzie, KBA
James R. McKenzie Attorney, PLLC
115 S. Sherrin Ave., Ste. 5
Louisville, KY 40207
Telephone: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

TD : 000003 of 000004

Tendered          23-CI-00739    10/16/2023          Paulita Keith, Bullitt Circuit Clerk

Tendered        23-CI-00739    10/16/2023        Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL

DOCUMENT

10/18/2023 09:33:01

AM

/s/ Jonathan M. Kenney
Jonathan M. Kenney, Esq. (KY Bar No. 95661)
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7529
Facsimile: (757) 687-7510
E-mail: jon.kenney@troutman.com
*Counsel for Defendant LendingPoint, LLC*

Tendered        23-CI-00739    10/16/2023        Paulita Keith, Bullitt Circuit Clerk

Tendered        23-CI-00739    10/16/2023    Paulita Keith, Bullitt Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

10/18/2023 12:09:54

82451-44

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00739
*(ELECTRONICALLY FILED)*

| | |
|---|---|
| Charles William Malcom, Sr. | : |
| | : |
| Plaintiff, | : |
| | : |
| | : |
| LendingPoint, LLC, et al. | : |
| | : |
| Defendants. | : |
| | : |

**AGREED ORDER EXTENDING TIME FOR DEFENDANT LENDINGPOINT, LLC TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Upon agreement of Defendant LendingPoint, LLC ("LendingPoint"), by and through its
undersigned counsel, and Plaintiff Charles William Malcom, Sr. ("Mr. Malcom"), by and through
its undersigned counsel, pursuant to Uniform Local Civil Rule 5(B), and the Court being otherwise
sufficiently advised,

IT IS HEREBY ORDERED that:

LendingPoint shall have up to and including November 15, 2023, within which to file its
responsive pleading to Mr. Malcom's Complaint.

ENTER:

_____
Judge, Bullitt Circuit Court

**PREPARED BY:**

/s/  Jonathan M. Kenney
Jonathan M. Kenney, Esq.
Kentucky Bar No. 95661

TD : 000001 of 000004

Tendered    23-CI-00739    10/16/2023    Paulita Keith, Bullitt Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

10/18/2023 12:09:54

82451-44

Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7529
Facsimile: (757) 687-7510
E-mail: jon.kenney@troutmansanders.com
*Counsel for Defendant LendingPoint, LLC*

**SEEN AND AGREED:**

*/s/ James H. Lawson*
James H. Lawson
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066
Telephone: (502) 473-6525
Fax: (502) 473-6561
james@lawsonatlaw.com

James R. McKenzie, KBA
James R. McKenzie Attorney, PLLC
115 S. Sherrin Ave., Ste. 5
Louisville, KY 40207
Telephone: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

*Counsel for Plaintiff*

Tendered    23-CI-00739    10/16/2023    Paulita Keith, Bullitt Circuit Clerk

TD : 000002 of 000004

Tendered        23-CI-00739    10/16/2023   Paulita Keith, Bullitt Circuit Clerk

DOCUMENT

PM

NOT ORIGINAL

10/18/2023 12:09:54

82451-44

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CIVIL ACTION NO. 23-CI-00739
(*ELECTRONICALLY FILED*)

| | |
|---|---|
| Charles William Malcom, Sr. | : |
| | : |
| Plaintiff, | : |
| | : |
| | : |
| LendingPoint, LLC, et al. | : |
| | : |
| Defendants. | : |
| | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2023, a true and correct copy of the

foregoing was electronically filed with the clerk of Court and sent to the following via U.S. MAIL:

James H. Lawson
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066
Telephone: (502) 473-6525
Fax: (502) 473-6561
james@lawsonatlaw.com

James R. McKenzie, KBA
James R. McKenzie Attorney, PLLC
115 S. Sherrin Ave., Ste. 5
Louisville, KY 40207
Telephone: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com

Tendered        23-CI-00739    10/16/2023   Paulita Keith, Bullitt Circuit Clerk

TD : 000003 of 000004

Tendered         23-CI-00739    10/16/2023         Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL

DOCUMENT

10/18/2023 12:09:54 PM

/s/ Jonathan M. Kenney                    82451-44
Jonathan M. Kenney, Esq. (KY Bar No. 95661)
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7529
Facsimile: (757) 687-7510
E-mail: jon.kenney@troutman.com
*Counsel for Defendant LendingPoint, LLC*

4

Tendered        23-CI-00739    10/16/2023         Paulita Keith, Bullitt Circuit Clerk

DOCUMENT                                                          NOT ORIGINAL

PM                                                               10/18/2023 12:11:23

                    COMMONWEALTH OF KENTUCKY
                       BULLITT CIRCUIT COURT                     82451-44
                    CIVIL ACTION NO. 23-CI-00739
                       HON. RODNEY BURRESS

CHARLES WILLIAM MALCOLM, SR.                              PLAINTIFF

vs.

AMERICAN EXPRESS NATIONAL BANK,                          DEFENDANTS
et al.,

## AGREED ORDER ENLARGING TIME TO
## ANSWER OR OTHERWISE PLEAD

The Plaintiff, Charles William Malcolm, Sr., by counsel and the Defendant, Mariner

Finance, LLC, by counsel, have agreed to grant Defendant, Mariner Finance, LLC an extension

of time to Answer or Otherwise Plead to Plaintiff's Complaint to and including November 15,

2023, and the Agreed Order being submitted for the consideration of the Court, and the Court

being duly advised in the premises, it is hereby

*ORDERED* that the time within which the Defendant, Mariner Finance, LLC may

answer or otherwise respond to Plaintiff's Complaint be and hereby is extended to and including

November 15, 2023.

*DATED* _____

                              _____
                              Judge, Bullitt Circuit Court

TD : 000001 of 000002

Tendered          23-CI-00739    10/16/2023    Paulita Keith, Bullitt Circuit Clerk

DOCUMENT                                                        NOT ORIGINAL

PM                                                             10/18/2023 12:11:23

Agreed to by:                                                  82451-44

/s/ William E. Smith, III
William E. Smith, III, Atty. #66050
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
(812) 949-2300
Fax: (812) 949-8556
wsmith@k-glaw.com
Counsel for Defendant, Mariner Finance, LLC

/s/ James H. Lawson (signed with permission)
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
james@lawsonatlaw.com
Counsel for Plaintiff

TENDERED BY:

/s/ William E. Smith, III
KIGHTLINGER & GRAY, LLP
BY: William E. Smith, III, Atty. #66050
Counsel for Defendant, Mariner Finance, LLC
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
(812) 949-2300
Fax: (812) 949-8556
wsmith@k-glaw.com

DISTRIBUTION TO:
Lawson, James Hays - james@lawsonatlaw.com
Lewis, Danielle J - dlewis@reminger.com
Smith, William - WSmith@K-glaw.com
Pieczonka, Nicholas - npieczonka@taftlaw.com
Dearmond, Matthew - mdearmond@grayice.com
Norman, Robert Scott - snorman@grsm.com
Cecil, Philip - philip.cecil@dinsmore.com
Fisher, Erika - efisher@grsm.com
William E. Smith, III- wsmith@k-glaw.com

TD : 000002 of 000002

NOT ORIGINAL

DOCUMENT

PM

10/18/2023 12:06:08

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CASE NO.: 23-CI-00739

82451-44

CHARLES WILLIAM MALCOM, SR.                                    PLAINTIFF

v.                          **ORDER**

SKOPOS FINANCIAL, LLC
d/b/a REPRISE FINANCIAL, *et al.*                           DEFENDANTS

\*\*\* \*\*\* \*\*\*

This cause coming to be heard upon Motion of the Defendant, Skopos Financial, LLC d/b/a

Reprise Financial, by counsel, the parties having been heard and this Court being otherwise

sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Extension of Time to

Respond to Plaintiff's Complaint is hereby GRANTED and the Defendant shall have until October

26, 2023 to file a responsive pleading.

_____
JUDGE, BULLITT CIRCUIT COURT

DATE: _____

TENDERED BY:

*/s/ Benjamin L. Riddle*
BENJAMIN L. RIDDLE
STEPTOE & JOHNSON PLLC
700 N. Hurstbourne Parkway, Suite 115
Louisville, Kentucky 40222
O: (502) 423-2000
F: (502) 423-2001
Benjamin.Riddle@Steptoe-Johnson.com
*Counsel for Skopos Financial, LLC*
*d/b/a Reprise Financial*

DOCUMENT

PM

NOT ORIGINAL

10/18/2023 12:07:06

COMMONWEALTH OF KENTUCKY
BULLITT CIRCUIT COURT
CASE NO.: 23-CI-00739

82451-44

CHARLES WILLIAM MALCOM, SR.                                    PLAINTIFF

v.        **UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

SKOPOS FINANCIAL, LLC
d/b/a REPRISE FINANCIAL, *et al.*                              DEFENDANTS

*** *** ***
**NOTICE**

Please take notice that the foregoing Motion will be brought before the Court on Monday,

October 30, 2023 at 9:00 a.m. EST, or as soon thereafter as counsel may be heard.

**MOTION FOR EXTENSION OF TIME**

Comes Defendant, Skopos Financial, LLC d/b/a Reprise Financial ("Reprise"), through

counsel and pursuant to the Kentucky Rules of Civil Procedure, hereby requests this Court enter

an Order granting a ten (10) day extension of time to respond to the Complaint filed by Plaintiff,

Charles William Malcom, Sr. ("Plaintiff"), and states:

1.        Plaintiff served Reprise with a Summons and a copy of his Complaint on September

25, 2023, and the current deadline for Reprise to file responsive pleadings to the Complaint is

October 16, 2023.  There has been no prior extension requested or granted.

2.        Reprise is still in the process of identifying relevant information and documents,

reviewing the matter, evaluating it for possible early resolution, and preparing a response.  Reprise

requests this brief extension so that it has additional time to complete its initial investigation and

properly respond to the Complaint.

3.        Reprise's counsel has conferred with Plaintiff's counsel, James H. Lawson, who

has indicated Plaintiff does not oppose a ten (10) day extension of time, or until October 26, 2023,

EOT : 000001 of 000005

**NOT ORIGINAL**

DOCUMENT

10/18/2023 12:07:06

PM

82451-44

for Reprise to respond to the Complaint.

4.        This extension is being requested so that justice can be done and not in any way for the purpose of delay.  Granting the relief sought in this motion would not prejudice any party and will save time and costs of the Court and the parties.

WHEREFORE, Defendant Skopos Financial, LLC d/b/a Reprise Financial, respectfully requests the Court to grant this Unopposed Motion for Extension of Time to File a Response to the Complaint, and any such other further relief that this Court deems just and proper.

Respectfully submitted,

*/s/ Benjamin L. Riddle*
BENJAMIN L. RIDDLE
STEPTOE & JOHNSON PLLC
700 N. Hurstbourne Pkwy, Suite 115
Louisville, KY 40222
O: (502) 423-2000
F: (502) 423-2001
benjamin.riddle@steptoe-johnson.com
*Counsel for Skopos Financial, LLC*
*d/b/a Reprise Financial*

Filed        23-CI-00739    10/16/2023    Paulita Keith, Bullitt Circuit Clerk

NOT ORIGINAL

DOCUMENT

10/18/2023 12:07:06

PM

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing has this 17th day of
October 2023, been served via electronic filing and/or U.S. Mail to the following:

82451-44

James Hays Lawson
LAWSON AT LAW, PLLC
P.O. Box 1286
Shelbyville, KY 40066
Phone: (502) 473-6525
Fax: (502) 473-6561
james@lawsonatlaw.com
*Counsel for Plaintiff*

James R. McKenzie
JAMES R. MCKENZIE
ATTORNEY, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Phone: (502) 371-2179
Fax: (502) 257-7309
Jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*

William E. Smith, III
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
Phone: (812) 949-2300
Fax: (812) 949-8556
wsmith@k-glaw.com
*Counsel for Mariner Finance, LLC*

Philip E. Cecil
DINSMORE & SHOHL LLP
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
Phone: (502) 540-2300
Fax: (502) 585-2207
Philip.cecil@dinsmore.com
*Counsel for Citibank, N.A.*

Erika Fisher
Robert Scott Norman
GORDON REES SCULLY
MANSUKHANI LLP
325 W. Main Street, Suite 2300
Louisville, KY 40202
Phone: (502) 371-1268
Fax: (502) 804-4630
efisher@grsm.com
*Counsel for Upgrade, Inc.*

Nicholas J. Pieczonka
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 357-9603
Fax: (513) 381-0205
npieczonka@taftlaw.com
*Counsel for QuinStreet, Inc.*

Danielle J. Lewis
REMINGER CO., LPA
730 West Main Street, Suite 300
Louisville, KY 40202
Phone: (502) 625-7308
Fax: (502) 589-5436
dlewis@reminger.com
*Counsel for Commonwealth
Financial Systems, Inc.*

Matthew P. Dearmond
GRAY ICE HIGDON, PLLC
3939 Shelbyville Road, Suite 201
Louisville, LKY 40207
mdearmond@grayice.com
*Counsel for Avant, LLC and WebBank*

Filed        23-CI-00739    10/16/2023        Paulita Keith, Bullitt Circuit Clerk

**NOT ORIGINAL**

DOCUMENT

10/18/2023 12:07:06 PM

American Express National Bank
c/o Any Officer
115 Towne Ridge Pkwy.
Sandy, UT 84070
*Defendant*

Bread Financial Holdings, Inc.
c/o Corporation Service Company
251 Little Falls Dr.
Wilmington, DE 19808
*Defendant*

82451-44

Carvana, LLC
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601
*Defendant*

Comcast Cable Communications
Management, LLC
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601
*Defendant*

Continental Finance Company, LLC
c/o Lamiaa E. Elfar
4550 New Linden Hill Rd., Ste. 400
Wilmington, DE 19808
*Defendant*

Credit One Bank, N.A.
c/o Any Officer
6801 S. Cimarron Rd.
Las Vegas, NV 89113
*Defendant*

Happy Money, Inc.
c/o Paracorp Incorporated
828 Lane Allen Road, Suite 219
Lexington, KY 40504
*Defendant*

LendingClub Corporation
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601
*Defendant*

LendingPoint, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*Defendant*

Marlette Funding, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*Defendant*

New Day Financial
c/o Registered Agent Solutions
828 Lane Allen Road, Suite 219
Lexington, KY 40504
*Defendant*

OneMain Financial Group, LLC
c/o CT Corporation System
306 W. Main Street, Suite 512
Frankfort, KY 40601
*Defendant*

Prosper Marketplace, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601
*Defendant*

700 Credit, LLC
c/o Corporation Creations
Network, Inc.
101 North Seventh Street
Louisville, KY 40202
*Defendant*

EOT : 000004 of 000005

DOCUMENT

**NOT ORIGINAL**

10/18/2023 12:07:06

PM

The Bank of Missouri
c/o Any Officer
916 N. Kings Hwy.
Perryville, MO 63775
*Defendant*

Upstart Network, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601
*Defendant*

Weltman, Weinberg &
Reis Co., L.P.A.
c/o Eileen M. Bitterman
965 Keynote Circle
Brooklyn Heights, OH 44131
*Defendant*

United Collection Bureau, Inc.
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601
*Defendant*

82451-44

Zip Co. US, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801
*Defendant*

/s/ Benjamin L. Riddle
*Counsel for Skopos Financial, LLC
d/b/a Reprise Financial*