AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Jul 30, 2024

| | |
|---|---|
| Charles William Malcolm, Sr. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:23CV-545-RGJ |
| Prosper Marketplace, Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Charles William Malcolm, Sr. recover from the defendant *(name)* Prosper Marketplace, Inc. the amount of one thousand dollars ($ 1,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: Jul 30, 2024

CLERK OF COURT

*Andrea Morgan*

*Signature of Clerk or Deputy Clerk*