**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Charles William Malcolm, Sr. )<br> *Plaintiff* )<br> )<br>v. )<br> )<br>American Express National Bank *et al.* )<br> *Defendants* )<br> ) | Case No. 3:23-cv-00545-RGJ-RSE |

### ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO DEFENDANT ONEMAIN FINANCIAL GROUP, LLC

Plaintiff Charles William Malcolm, Sr. and Defendant OneMain Financial Group, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against OneMain Financial Group, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Charles William Malcolm, Sr.'s claims against Defendant OneMain Financial Group, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees. This Order does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

*[signature]*
Rebecca Grady Jennings, District Judge
United States District Court

November 21, 2024

APPROVED BY:

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com
*Counsel for Plaintiff*
*Charles William Malcolm, Sr.*

/s/ Danielle J. Lewis (by permission)
Danielle J. Lewis
*Reminger Co., LPA*
730 West Main Street, Suite 300
Louisville, KY 40202
Tel: (502) 625-7308
Fax: (502) 589-5436
E-mail: dlewis@reminger.com
*Counsel for Defendant*
*OneMain Financial Group, LLC*

/s/ James R. McKenzie (by permission)
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Charles William Malcolm, Sr.*