UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CHARLES WILLIAM MALCOLM, SR. )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>)<br>AMERICAN EXPRESS NATIONAL )<br>BANK, ET AL. )<br>)<br>)<br>DEFENDANTS ) | CASE NO. 3:23-CV-00545-RGJ-RSE<br>*Filed Electronically* |

### AGREED ORDER OF DISMISSAL

Plaintiff Charles William Malcolm, Sr. and Defendant New Day Financial, LLC ("New Day"), having settled all claims asserted herein against New Day, having agreed to the entry of this order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that all claims and causes of action asserted against New Day in this action are DISMISSED WITH PREJUDICE, and stricken from the Court's docket. Each party shall bear its own costs and fees.

AGREED TO:

| | |
|---|---|
| */s/ James Hays Lawson (w/ permission)* | */s/ Sean G. Williamson* |
| James Hays Lawson | Donald J. Kelly |
| LAWSON AT LAW, PLLC | Sean G. Williamson |
| P.O. Box 1286 | WYATT, TARRANT & COMBS, LLP |
| Shelbyville, KY 40066 | 400 West Market Street, Suite 2000 |
| james@lawsonatlaw.com | Louisville, KY 40202-2898 |
| | 502.589.5235 |
| James R. McKenzie | dkelly@wyattfirm.com |
| JAMES R. MCKENZIE ATTORNEY, PLLC | swilliamson@wyattfirm.com |
| 115 S. Sherrin Avenue, Suite 5 | |
| Louisville, KY 40207 | ***Counsel for Defendant New Day Financial, LLC*** |
| jmckenzie@jmckenzielaw.com | |

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

> */s/ Sean G. Williamson*
> Sean G. Williamson

101821028.1