**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Louisville Division

| | |
|---|---|
| Charles William Malcolm, Sr.   ) | |
| *Plaintiff*   ) | |
| ) | |
| v.   ) | Case No. 3:23-cv-00545-RGJ-RSE |
| ) | |
| American Express National Bank *et al.*   ) | |
| *Defendants*   ) | |
| ) | |

**ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AS TO DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC**

Plaintiff Charles William Malcolm, Sr. and Defendant Comcast Cable Communications Management, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Comcast Cable Communications Management, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Charles William Malcolm, Sr.'s claims against Defendant Comcast Cable Communications Management, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees.

December 9, 2024

Rebecca Grady Jennings, District Judge
United States District Court

APPROVED BY:

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com
*Counsel for Plaintiff*
*Charles William Malcolm, Sr.*

/s/ James R. McKenzie (by permission)
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Charles William Malcolm, Sr.*

/s/ Samuel W. Wardle (by permission)
Samuel W. Wardle
*Frost Brown Todd LLC*
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Tel: (502) 589-5400
Fax: (502) 581-1087
E-mail: swardle@fbtlaw.com
*Counsel for Defendant*
*Comcast Cable Communications Management, LLC*